JS 44C/SDNY
REV. 12/2025

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for use of the Clerk of Court for the purpose of initiating the civil docket sheet.

| PLAINTIFFS | DEFENDANTS |
|---|---|
| EFUA BENN, | APPLEBEE'S GRILL & BAR, APPLE FOOD SERVICE OF NEW YORK LLC, NADIR UZZMAN, and TAHMEENA KHAN, |

| ATTORNEYS (Firm Name, Address, And Telephone Number) | ATTORNEYS (If Known) |
|---|---|
| Emanuel Kataev, Esq. Sage Legal LLC 18211 Jamaica Avenue, Jamaica, NY 11423-2327 (718) 412-2421 (office) , emanuel@sagelegal.nyc | |

CAUSE OF ACTION   (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE)
(DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

Plaintiff alleges violation of Title VII, 42 U.S.C § 2000e et seq., Plaintiff alleges violations of the Title VII of the Civil Rights Act of 1964 by Defendants.

Has this action, case, or proceeding, or one essentially the same, been previously filed in SDNY at any time? No ☒ Yes ☐ _____
(If yes, Judge Previously Assigned)

If yes, was this case Vol. ☐ Invol. ☐    Dismissed. No ☐ Yes ☐    If yes, give date _____ & Case No. _____

Is this an international arbitration case?    Yes ☐    No ☐

## NATURE OF SUIT *(PLACE AN [x] IN ONE BOX ONLY)*

Click here for: Nature of Suit Code Descriptions.

### TORTS

| Contract | | Torts | | | Torts | |
|---|---|---|---|---|---|---|
| ☐ 110 | Insurance | **PERSONAL INJURY** | | **PERSONAL INJURY** | | |
| ☐ 120 | Marine | ☐ 310 | Airplane | ☐ 365 | Personal Injury Product Liability | |
| ☐ 130 | Miller Act | ☐ 315 | Airplane Product Liability | ☐ 367 | Health Care/ Pharmaceutical | |
| ☐ 140 | Negotiable Instrument | ☐ 320 | Assault, Libel & Slander | ☐ 368 | Asbestos Personal Injury Product Liability | |
| ☐ 150 | Recovery Of Overpayment & Enforcement Of Judgment | ☐ 330 | Federal Employers' Liability | | | |
| | | ☐ 340 | Marine | **PERSONAL PROPERTY** | | |
| ☐ 151 | Medicare Act | ☐ 345 | Marine Product Liability | ☐ 370 | Other Fraud | |
| ☐ 152 | Recovery Of Defaulted Student Loans (Excl Veterans) | ☐ 350 | Motor Vehicle | ☐ 371 | Truth In Lending | |
| | | ☐ 355 | Motor Vehicle Product Liability | ☐ 380 | Other Personal Property Damage | |
| ☐ 153 | Recovery Of Overpayment Of Veteran's Benefits | ☐ 360 | Other Personal Injury | ☐ 385 | Property Damage Product Liability | |
| ☐ 160 | Stockholders Suits | ☐ 362 | Personal Injury - Medical Malpractice | | | |
| ☐ 190 | Other Contract | | | | | |
| ☐ 195 | Contract Product Liability | | | | | |
| ☐ 196 | Franchise | | | | | |

### ACTIONS UNDER STATUTES

| Forfeiture/Penalty | | Bankruptcy | | Other Statutes | |
|---|---|---|---|---|---|
| ☐ 625 | Drug Related Seizure Of Property 21 USC 881 | ☐ 422 | Appeal 28 USC 158 | ☐ 375 | False Claims Act |
| ☐ 690 | Other | ☐ 423 | Withdrawal 28 USC 157 | ☐ 376 | Qui Tam (31 USC 3729(a)) |
| | | | | ☐ 400 | State Reapportionment |
| **Labor** | | **Intellectual Property Rights** | | ☐ 410 | Antitrust |
| ☐ 710 | Fair Labor Standards Act | ☐ 820 | Copyrights | ☐ 430 | Banks & Banking |
| ☐ 720 | Labor/Management Relations | ☐ 830 | Patent | ☐ 450 | Commerce |
| | | ☐ 835 | Patent - Abbreviated New Drug Application | ☐ 460 | Deportation |
| ☐ 740 | Railway Labor Act | ☐ 840 | Trademark | ☐ 470 | Racketeer Influenced & Corrupt Organization Act (Rico) |
| ☐ 751 | Family and Medical Leave Act (FMLA) | ☐ 880 | Defend Trade Secrets Act of 2016 | | |
| ☐ 790 | Other Labor Litigation | | | ☐ 480 | Consumer Credit (15 USC 1681 or 1692) |
| ☐ 791 | Employee Retirement Income Security Act (ERISA) | | | ☐ 485 | Telephone Consumer Protection Act |
| | | | | ☐ 490 | Cable/Satellite TV |
| | | | | ☐ 850 | Securities/ Commodities/ Exchange |

| Real Property | | Civil Rights | | Prisoner Petitions | | Immigration | | Social Security | | Other Statutes (cont.) | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ☐ 210 | Land Condemnation | ☒ 440 | Other Civil Rights (Non-Prisoner) | **Habeas Corpus** | | ☐ 462 | Naturalization Application | ☐ 861 | HIA (1395ff) | ☐ 890 | Other Statutory Actions |
| ☐ 220 | Foreclosure | ☐ 441 | Voting | ☐ 463 | Alien Detainee | ☐ 465 | Other Immigration Actions | ☐ 862 | Black Lung (923) | ☐ 891 | Agricultural Acts |
| ☐ 230 | Rent Lease & Ejectment | ☐ 442 | Employment | ☐ 510 | Motions To Vacate Sentence | | | ☐ 863 | DIWC/DIWW (405(G)) | ☐ 893 | Environmental Matters |
| ☐ 240 | Torts To Land | ☐ 443 | Housing/ Accommodations | ☐ 530 | General | | | ☐ 864 | SSID Title XVI | ☐ 895 | Freedom Of Information Act |
| ☐ 245 | Tort Product Liability | ☐ 445 | Americans With Disabilities - Employment | ☐ 535 | Death Penalty | | | ☐ 865 | RSI (405(g)) | ☐ 896 | Arbitration |
| ☐ 290 | All Other Real Property | | | **Other** | | | | | | ☐ 899 | Administrative Procedure Act/ Review or Appeal of Agency Decision |
| | | ☐ 446 | Americans With Disabilities - Other | ☐ 540 | Mandamus & Other | | | **Federal Tax Suits** | | | |
| | | ☐ 448 | Education | ☐ 550 | Civil Rights | | | ☐ 870 | Taxes (U.S. Plaintiff Or Defendant) | ☐ 950 | Constitutionality Of State Statutes |
| | | | | ☐ 555 | Prison Condition | | | ☐ 871 | IRS-Third Party 26 USC 7609 | | |
| | | | | ☐ 560 | Civil Detainee - Conditions Of Confinement | | | | | | |

Check if demanded in complaint:

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND    $_____    OTHER _____

*Check YES only if demanded in complaint*

JURY DEMAND: ☒ YES   ☐ NO

Do you claim this case is related to a civil case now pending in S.D.N.Y. as defined by Local Rule For Division of Business 13? If so, state:

JUDGE _____ DOCKET NUMBER_____

NOTE: You must also submit at the time of filing the Statement of Relatedness form (Form IH-32) with an explanation as to why the cases are deemed related.

*(PLACE AN  X  IN ONE BOX ONLY)*                                    **ORIGIN**

☒ 1 Original
Proceeding

☐ 2 Removed from
State Court

☐ a. **all parties represented**

☐ b. **At least one party is pro se.**

☐ 3 Remanded
from
Appellate
Court

☐ 4 Reinstated or
Reopened

☐ 5 Transferred
from (Specify
District)

☐ 6 Multidistrict
Litigation
(Transferred)

☐ 7 Appeal to
District Judge
from Magistrate
Judge

☐ 8 Multidistrict Litigation (Direct File)

---

*(PLACE AN  x  IN ONE BOX ONLY)*                 **BASIS OF JURISDICTION**                              *IF DIVERSITY, INDICATE CITIZENSHIP BELOW.*

☐ 1 U.S. Government
Plaintiff

☐ 2 U.S. Government
Defendant

☒ 3 Federal Question
(U.S. Government NOT A PARTY)

☐ 4 Diversity

---

### CITIZENSHIP OF PRINCIPAL PARTIES (FOR DIVERSITY CASES ONLY)

(Place an [X] in one box for Plaintiff and one box for Defendant)

|  | PTF | DEF |  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|---|---|---|
| CITIZEN OF THIS STATE | ☐ 1 | ☐ 1 | CITIZEN OR SUBJECT OF A FOREIGN COUNTRY | ☐ 3 | ☐ 3 | INCORPORATED and PRINCIPAL PLACE OF BUSINESS IN ANOTHER STATE | ☐ 5 | ☐ 5 |
| CITIZEN OF ANOTHER STATE | ☐ 2 | ☐ 2 | INCORPORATED or PRINCIPAL PLACE OF BUSINESS IN THIS STATE | ☐ 4 | ☐ 4 | FOREIGN NATION | ☐ 6 | ☐ 6 |

---

PLAINTIFF(S) ADDRESS(ES) AND COUNTY(IES)

EFUA BENN,
133 Fort George Avenue
New York, NY 10040, United States

---

DEFENDANT(S) ADDRESS(ES) AND COUNTY(IES)

APPLEBEE'S GRILL & BAR,
205 West 50th Street, New York, NY 10019-6996.
APPLE FOOD SERVICE OF NEW YORK LLC,
7 Pearl Court, Allendale, NJ 07401
NADIR UZZMAN,
205 West 50th Street, New York, NY 10019-6996.
TAHMEENA KHAN,
205 West 50th Street, New York, NY 10019-6996.

DEFENDANT(S) ADDRESS UNKNOWN
Representation is hereby made that, at this time, I have been unable, with reasonable diligence, to ascertain the residence addresses of the following Defendants:

---

### COURTHOUSE ASSIGNMENT

I have reviewed Rules 18(a) and 20(a) of the Rules for the Division of Business Among District Judges, Southern District of New York, and I hereby certify that this case should be assigned to the courthouse indicated below pursuant thereto.

Check one:   THIS ACTION SHOULD BE ASSIGNED TO:        ☐ WHITE PLAINS     ☒ MANHATTAN
(DO NOT check either box if this a PRISONER PETITION.)

---

DATE 06/29/2026    SIGNATURE OF ATTORNEY OF RECORD

RECEIPT #                /s/ Emanuel Kataev

ADMITTED TO PRACTICE IN THIS DISTRICT
☐ NO
☒ YES (DATE ADMITTED  Mo. 5  Yr. 2014 )
Attorney Bar Code # 5154588

Magistrate Judge is to be designated by the Clerk of the Court.

Magistrate Judge _____ is so Designated.

Tammi M. Hellwig, Clerk of Court by _____ Deputy Clerk, DATED _____.

UNITED STATES DISTRICT COURT (NEW YORK SOUTHERN)