# Exhibit A

**Bulk Print Summary**


**Table of Contents**

**1. Efua Benn - Server - Broadway NYC - Doherty Employment Application**

**2. Efua Benn - Server - Broadway NYC - Arbitration Drug Application**

## DOHERTY ENTERPRISES EMPLOYMENT APPLICATION

**Personal**

First Name
Efua

Last Name
Benn

Email
efuabenn@gmail.com

**Phones**

Type
Mobile

Number
9292453216

Type
Home

Number
929-245-3216

**Addresses**

Type
Home

Current Address Line 1
32-54 48th Ave

Current Address Line 2
Apt 3L

City
Astoria

Zip/Postal Code
11103

Country
United States

State/Province
New York

How did you hear about us?
Apple Metro

Please specify

Have you worked for this Company before?
No

If yes; Which Location, City, State, Supervisor and Dates Employed

Are you at least 18 years old (Yes/No)?
Yes

If you answered no, state your age:
N/A

**What times are you available to work?**

Monday
Open Availability

Tuesday
Open availability

Wednseday
Open availability

Thursday
Open availability

Friday
Open availability

Saturday
Open availability

Sunday
Open availability

**Please Enter your Work and Education Experience (to add more, click the Add More button at the bottom)**

Employer
Red Lobster
Your Job Title
Server
Address

Country

City
Elmhurst
State/Province

Zip
11373

Employer Phone Number
N/A

Supervisor's Name
Mitsy Thomas

Start Date
6/6/2022

End Date
7/22/2023

Reason for Leaving
Unfortunately, this location shut down.

## Education

Most Recent Education Level
High School

# In order for your application to be complete, you are required to electronically sign and date each of the three (3) sections below:

## 1. MANDATORY ARBITRATION AGREEMENT

I acknowledge that Doherty Enterprises utilizes a system of dispute resolution which involves binding arbitration to resolve any dispute, controversy, or claim arising out of, relating to or in connection with my employment with Doherty Enterprises. As a condition of employment at Doherty Enterprises or any of its related companies, I agree to the terms of this Agreement because of the mutual benefits (such as reduced expense and increased efficiency) which private binding arbitration can provide both Doherty Enterprises and myself.

I and Doherty Enterprises both agree that any claim, dispute, and/or controversy (including but not limited to any claims of employment discrimination, harassment, and/or retaliation under Title VII of the Civil Rights Act of 1964, the Age Discrimination in Employment Act, the Americans with Disabilities Act, the Family and Medical Leave Act, the Uniformed Services Employment and Reemployment Rights Act, and any other applicable federal, state, or local statute, regulation or common law doctrine) which would otherwise require or allow resort to any court between myself and Doherty Enterprises (and/or its parents, subsidiaries, affiliates, owners, directors, officers, managers, employees, agents, and parties affiliated with its employee benefit and health plans) arising from, related to, or having any relationship or connection whatsoever with my seeking employment with, employment by, ending of my employment with, or other association with Doherty Enterprises, whether based in tort, contract, statutory, or equitable law, or otherwise, shall be submitted to and determined exclusively by binding arbitration.

**I understand that nothing in this binding Arbitration Agreement prevents me from first filing a charge or complaint, communicating with, or cooperating in an investigation or proceeding conducted by, the Equal Employment Opportunity Commission ("EEOC"), the National Labor Relations Board ("NLRB"), or any other federal, state or local agency charged with the enforcement of any laws. However, I also understand that I shall not be entitled to file a complaint in Court related to such charge or complaint, communication or investigation**

I agree that the arbitration and this Agreement shall be controlled by the Federal Arbitration Act. Any arbitration under this Agreement will be held in accordance with the American Arbitration Association's then-current Employment Arbitration Rules. The arbitrator, and only the arbitrator, will decide any and all disputes regarding whether a claim is arbitrable. In the event the arbitrator decides that any given matter is not arbitrable, the matter will be decided by a court of competent jurisdiction. Judgment upon award rendered by the arbitrator will be final and binding upon both parties and may be entered and enforced in any court of competent jurisdiction. I understand that I can pursue all of my substantive rights and remedies in arbitration, including attorneys' fee awards.

I and Doherty Enterprises both agree to arbitrate solely on an individual basis, and I understand that this Agreement does not permit class arbitration or any claims brought as a plaintiff or class member in any class or representative arbitration proceeding. The arbitral tribunal may not consolidate more than one person's claims, and may not otherwise preside over any form of a representative or class proceeding. In the event this prohibition on class arbitration is deemed invalid or unenforceable, the remaining portions of this Agreement will remain in force.

I UNDERSTAND BY AGREEING TO THIS BINDING ARBITRATION PROVISION, BOTH I AND DOHERTY ENTERPRISES WAIVE OUR RIGHT TO TRIAL BY JURY. I FURTHER UNDERSTAND THAT THIS BINDING ARBITRATION AGREEMENT IS A CONTRACT FOR PURPOSES OF EMPLOYMENT DISPUTE RESOLUTION ONLY. THIS AGREEMENT DOES NOT CHANGE THE AT-WILL NATURE OF MY EMPLOYMENT AND DOES NOT CONSTITUTE A CONTRACT OF EMPLOYMENT IN ANY RESPECT.

Type your Name: Efua Benn

 **Signature** Efua Benn 1/3/2024 1:42 AM
By checking the box above you are applying your signature and you agree to this Applicant Statement.

## 2. DRUG FREE WORKPLACE AND DRUG TESTING POLICY

Our company is strongly committed to providing a safe and healthy workplace for our employees and to provide a safe quality product for our guests. We will strive to maintain a work environment free from the effects of illegal drug and alcohol abuse. We believe that testing prospective new managers for illegal drug abuse will decrease the chance of hiring or promoting someone who is currently using or abusing drugs.

**The use, possession, sale, distribution, manufacture, transfer or being under the influence of alcohol or illegal drugs is prohibited while on company premises or company business.**

**The use of alcohol, legal drugs or illegal drugs in any manner which may impair an employee's ability to safely and effectively perform assigned job duties or which adversely affect the company's reputation or business is prohibited.**

It is a violation of our policy for anyone to report to work under the influence of illegal drugs or alcohol – that is, with illegal drugs or alcohol in his/her body.

This policy applies to all external candidates and internal candidates who are being considered for a promotion.

All candidates for management positions who have been conditionally offered employment, shall be drug tested. All employment offer letters will contain a statement that employment is conditional upon passing a drug test.

## ACKNOWLEDGEMENT AND APPLICANT CONSENT AND RELEASE OF LIABILITY

Consistent with the Doherty Enterprises Drug Free Workplace and Drug Testing Policy, I understand that I may be requested by the Company to submit to a screening test of illegal drugs and illegally used legal drugs, which includes the collection of a hair sample to determine the presence or use of drugs or controlled substances.

I hereby voluntarily consent to provide the Company with a hair sample for such purpose at laboratories designated by Doherty Enterprises I consent to having samples tested at the selected laboratories. Further, I certify that the specimen collected from me will be mine and will not be adulterated or altered in any manner. The tests will be used to detect the presence of the following substances, in addition to other substances for which Doherty Enterprises may be required to test for under Federal or State law: Opiates, Cocaine, Amphetamines, and Phencyclidine (PCP).

I understand that all screening tests for drugs will be subject to careful testing procedures with mandatory confirmation of any preliminary positive tests. I further understand that if my test indicated a confirmed positive for illegal drugs, I will not be considered for employment, or in the event I am an employee at the time of the test I may be subject to discipline including termination, in accordance with the Substance Abuse Policy. I will be given reasonable opportunity to explain confirmed positive test for substances other than illegal drugs. If I provide an unacceptable explanation, I will be denied employment.

I understand that I may request a copy of any tests taken, as part of the screening tests upon receipt of the results by the Director of Human Resources, Doherty Enterprises, from the laboratory.

I understand the results of these tests and other relevant medical information may be used for employment decisions. I hereby authorize the designated laboratory to release results to Doherty Enterprise's Director of Human Resources. I further agree to hold Doherty Enterprises, its agents, officers and employees harmless from, and waive all claims existing and future for any, and all liability (including negligence) arising in connection with the testing for drugs.

Type your Name: Efua Benn

 **Signature** Efua Benn 1/3/2024 1:42 AM
By checking the box above you are applying your signature and you agree to this Applicant Statement.

## 3. APPLICATION SIGNATURE

## PLEASE READ CAREFULLY BEFORE SIGNING:

1. The information that I have provided on this application is accurate to the best of my knowledge and subject to validation by Doherty Enterprises.

   2. I authorize the persons, schools, current employer (if approved by me in the Employment Experience section) and other organizations or employers named in this application to provide Doherty Enterprises. with any relevant information that may be required to arrive at an employment decision. I hereby release all persons contacted from all liability.

3. I certify, under penalty of perjury, that all of the above information is true and complete, and further understand that any falsification or omission of information, whether on this Application for Employment or on any other document submitted or communication made during the application and/or interview process, may result in denial of employment or hiring or termination by Doherty Enterprises. and forfeiture of all related benefits, regardless of the time lapse before discovery of the falsification or omission.

4. In the event of employment, I understand I am applying for employment which can be terminated at will by me or Doherty Enterprises. at any time and that nothing contained in any manual, brochure, or other Doherty Enterprises. materials shall constitute an implied contract of employment. I understand that I am required to abide by all company rules and regulations.

By my signature below, I affirm that I have read and understand this application, that I have not withheld any information requested, and that any statements I have made are true and correct. If I am accepted for employment, I understand and agree that such employment will be at-will and may be terminated by either party at any time with reason or no reason and with our without prior notice. I further understand and agree that this at-will employment status constitutes the entire understanding between me and the company regarding the right and ability of either party to terminate employment and that this at-will status cannot be changed except through a written understanding signed by the president of the Company.

Type your Name: Efua Benn

 **Signature** Efua Benn 1/3/2024 1:42 AM
By checking the box above you are applying your signature and you agree to this Applicant Statement.

MANDATORY ARBITRATION AGREEMENT, DRUG FREE WORKPLACE AND DRUG TESTING POLICY, APPLICATION SIGNATURE

In order for your application to be complete, you are required to electronically sign and date each of the three (3) sections below:

## I. MANDATORY ARBITRATION AGREEMENT

I acknowledge that Doherty Enterprises utilizes a system of dispute resolution which involves binding arbitration to resolve any dispute, controversy, or claim arising out of, relating to or in connection with my employment with Doherty Enterprises. As a condition of employment at Doherty Enterprises or any of its related companies, I agree to the terms of this Agreement because of the mutual benefits (such as reduced expense and increased efficiency) which private binding arbitration can provide both Doherty Enterprises and myself.

I and Doherty Enterprises both agree that any claim, dispute, and/or controversy (including but not limited to any claims of employment discrimination, harassment, and/or retaliation under Title VII of the Civil Rights Act of 1964, the Age Discrimination in Employment Act, the Americans with Disabilities Act, the Family and Medical Leave Act, the Uniformed Services Employment and Reemployment Rights Act, and any other applicable federal, state, or local statute, regulation or common law doctrine) which would otherwise require or allow resort to any court between myself and Doherty Enterprises (and/or its parents, subsidiaries, affiliates, owners, directors, officers, managers, employees, agents, and parties affiliated with its employee benefit and health plans) arising from, related to, or having any relationship or connection whatsoever with my seeking employment with, employment by, ending of my employment with, or other association with Doherty Enterprises, whether based in tort, contract, statutory, or equitable law, or otherwise, shall be submitted to and determined exclusively by binding arbitration.

**I understand that nothing in this binding Arbitration Agreement prevents me from first filing a charge or complaint, communicating with, or cooperating in an investigation or proceeding conducted by, the Equal Employment Opportunity Commission ("EEOC"), the National Labor Relations Board ("NLRB"), or any other federal, state or local agency charged with the enforcement of any laws. However, I also understand that I shall not be entitled to file a complaint in Court related to such charge or complaint, communication or investigation**

I agree that the arbitration and this Agreement shall be controlled by the Federal Arbitration Act. Any arbitration under this Agreement will be held in accordance with the American Arbitration Association's then-current Employment Arbitration Rules. The arbitrator, and only the arbitrator, will decide any and all disputes regarding whether a claim is arbitrable. In the event the arbitrator decides that any given matter is not arbitrable, the matter will be decided by a court of competent jurisdiction. Judgment upon award rendered by the arbitrator will be final and binding upon both parties and may be entered and enforced in any court of competent jurisdiction. I understand that I can pursue all of my substantive rights and remedies in arbitration, including attorneys' fee awards.

I and Doherty Enterprises both agree to arbitrate solely on an individual basis, and I understand that this Agreement does not permit class arbitration or any claims brought as a plaintiff or class member in any class or representative arbitration proceeding. The arbitral tribunal may not consolidate more than one person's claims, and may not otherwise preside over any form of a representative or class proceeding. In the event this prohibition on class arbitration is deemed invalid or unenforceable, the remaining portions of this Agreement will remain in force.

I UNDERSTAND BY AGREEING TO THIS BINDING ARBITRATION PROVISION, BOTH I AND DOHERTY ENTERPRISES WAIVE OUR RIGHT TO TRIAL BY JURY. I FURTHER UNDERSTAND THAT THIS BINDING ARBITRATION AGREEMENT IS A CONTRACT FOR PURPOSES OF EMPLOYMENT DISPUTE RESOLUTION ONLY. THIS AGREEMENT DOES NOT CHANGE THE AT-WILL NATURE OF MY EMPLOYMENT AND DOES NOT CONSTITUTE A CONTRACT OF EMPLOYMENT IN ANY RESPECT.

SIGNATURE _____          DATE _____          

| Electronically Signed By |
| --- |
| Efua Anasewa Benn |

1/5/2024

## II. DRUG FREE WORKPLACE AND DRUG TESTING POLICY

Our company is strongly committed to providing a safe and healthy workplace for our employees and to provide a safe quality product for our guests. We will strive to maintain a work environment free from the effects of illegal drug and alcohol abuse. We believe that testing prospective new managers for illegal drug abuse will decrease the chance of hiring or promoting someone who is currently using or abusing drugs.

**The use, possession, sale, distribution, manufacture, transfer or being under the influence of alcohol or illegal**

MANDATORY ARBITRATION AGREEMENT, DRUG FREE WORKPLACE AND DRUG TESTING POLICY, APPLICATION SIGNATURE

**drugs is prohibited while on company premises or company business.**

**The use of alcohol, legal drugs or illegal drugs in any manner which may impair an employee's ability to safely and effectively perform assigned job duties or which adversely affect the company's reputation or business is prohibited.**

It is a violation of our policy for anyone to report to work under the influence of illegal drugs or alcohol – that is, with illegal drugs or alcohol in his/her body.

This policy applies to all external candidates and internal candidates who are being considered for a promotion.

All candidates for management positions who have been conditionally offered employment, shall be drug tested. All employment offer letters will contain a statement that employment is conditional upon passing a drug test.

## ACKNOWLEDGEMENT AND APPLICANT CONSENT AND RELEASE OF LIABILITY

Consistent with the Doherty Enterprises, Inc. Drug Free Workplace and Drug Testing Policy, I understand that I may be requested by the Company to submit to a screening test of illegal drugs and illegally used legal drugs, which includes the collection of a hair sample to determine the presence or use of drugs or controlled substances.

I hereby voluntarily consent to provide the Company with a hair sample for such purpose at laboratories designated by Doherty Enterprises, Inc. I consent to having samples tested at the selected laboratories. Further, I certify that the specimen collected from me will be mine and will not be adulterated or altered in any manner. The tests will be used to detect the presence of the following substances, in addition to other substances for which Doherty Enterprises, Inc. may be required to test for under Federal or State law: Opiates, Cocaine, Amphetamines, and Phencyclidine (PCP).

I understand that all screening tests for drugs will be subject to careful testing procedures with mandatory confirmation of any preliminary positive tests. I further understand that if my test indicated a confirmed positive for illegal drugs, I will not be considered for employment, or in the event I am an employee at the time of the test I may be subject to discipline including termination, in accordance with the Substance Abuse Policy. I will be given reasonable opportunity to explain confirmed positive test for substances other than illegal drugs. If I provide an unacceptable explanation, I will be denied employment.

I understand that I may request a copy of any tests taken, as part of the screening tests upon receipt of the results by the Director of Human Resources, Doherty Enterprises, Inc., from the laboratory.

I understand the results of these tests and other relevant medical information may be used for employment decisions. I hereby authorize the designated laboratory to release results to Doherty Enterprises, Inc.'s Director of Human Resources. I further agree to hold Doherty Enterprises, Inc., its agents, officers and employees harmless from, and waive all claims existing and future for any, and all liability (including negligence) arising in connection with the testing for drugs.

SIGNATURE _____          DATE _____          

> Electronically Signed By
> Efua Anasewa Benn          1/5/2024

## III. APPLICATION SIGNATURE

## PLEASE READ CAREFULLY BEFORE SIGNING:

1. The information that I have provided on this application is accurate to the best of my knowledge and subject to validation by Doherty Enterprises, Inc.

2. I authorize the persons, schools, current employer (if approved by me in the Employment Experience section) and other organizations or employers named in this application to provide Doherty Enterprises, Inc. with any relevant information that may be required to arrive at an employment decision. I hereby release all persons contacted from all liability.

3. I certify, under penalty of perjury, that all of the above information is true and complete, and further understand that any falsification or omission of information, whether on this Application for Employment or on any other document submitted or communication made during the application and/or interview process, may result in denial of employment or hiring or termination by Doherty Enterprises, Inc. and forfeiture of all related benefits, regardless of the time lapse before discovery of the falsification or omission.

MANDATORY ARBITRATION AGREEMENT, DRUG FREE WORKPLACE AND DRUG TESTING POLICY, APPLICATION SIGNATURE

4. In the event of employment, I understand I am applying for employment which can be terminated at will by me or Doherty Enterprises, Inc. at any time and that nothing contained in any manual, brochure, or other Doherty Enterprises, Inc. materials shall constitute an implied contract of employment. I understand that I am required to abide by all company rules and regulations.

By my signature below, I affirm that I have read and understand this application, that I have not withheld any information requested, and that any statements I have made are true and correct. If I am accepted for employment, I understand and agree that such employment will be at-will and may be terminated by either party at any time with reason or no reason and with our without prior notice. I further understand and agree that this at-will employment status constitutes the entire understanding between me and the company regarding the right and ability of either party to terminate employment and that this at-will status cannot be changed except through a written understanding signed by the president of the Company.

SIGNATURE _____        DATE _____        

Electronically Signed By
Efua Anasewa Benn        1/5/2024

**Efua Benn - 155399 - Apple Food Service of New York LLC**

# Title: Mandatory Arbitration Agreement 12.2019

| | |
|---|---|
| Document | Title: Mandatory Arbitration Agreement 12.2019 |
| Category | Document Acknowledgements |
| Message | ENGLISH: |

ENGLISH:

I acknowledge and understand that at the time I applied for employment with Doherty, I signed an Arbitration Agreement which requires that all disputes between me and Doherty must be submitted to and determined exclusively by binding arbitration. Nothing in this binding Arbitration Agreement between me and Doherty prevents me from first filing a charge or complaint, communicating with, or cooperating in an investigation or proceeding conducted by, the Equal Employment Opportunity Commission ("EEOC"), the National Labor Relations Board ("NLRB"), or any other federal, state or local agency charged with the enforcement of any laws. However, I am not entitled to file a complaint in Court related to such charge or complaint, communication or investigation.

ESPANOL:

Yo reconozco y entiendo que en el momento en que solicité empleo con Doherty , firmé un acuerdo de arbitraje que requiere que todas las controversias entre mí y Doherty deben ser presentados y determinadas exclusivamente por arbitraje vinculante. Nada en este Acuerdo de arbitraje vinculante entre yo y Doherty me impide primera presentación de una acusación o queja , comunicarse con, o cooperar en una investigación o procedimiento llevado a cabo por la Comisión de Igualdad de Oportunidades en el Empleo ("EEOC"), la Junta Nacional de Relaciones Laborales ("NLRB") , o cualquier otra agencia federal , estatal o local encargada de la aplicación de las leyes . Sin embargo, yo no tengo derecho a presentar una queja en la Corte relacionada con dicha acusación o queja , la comunicación o la investigación.

| Status | Status Date | Comments |
|---|---|---|
| Accepted | 01/11/2024 4:09 PM | |

## MANDATORY ARBITRATION AGREEMENT – ENGLISH
(Documento en español se encuentra por debajo)

I acknowledge that Doherty Enterprises utilizes a system of dispute resolution which involves binding arbitration to resolve any dispute, controversy, or claim arising out of, relating to or in connection with my employment with Doherty Enterprises. As a condition of employment at Doherty Enterprises or any of its related companies, I agree to the terms of this Agreement because of the mutual benefits (such as reduced expense and increased efficiency) which private binding arbitration can provide both Doherty Enterprises and myself.

I and Doherty Enterprises both agree that any claim, dispute, and/or controversy (including but not limited to any claims of employment discrimination, harassment, and/or retaliation under Title VII of the Civil Rights Act of 1964, the Age Discrimination in Employment Act, the Americans with Disabilities Act, the Family and Medical Leave Act, the Uniformed Services Employment and Reemployment Rights Act, and any other applicable federal, state, or local statute, regulation or common law doctrine) which would otherwise require or allow resort to any court between myself and Doherty Enterprises (and/or its parents, subsidiaries, affiliates, owners, directors, officers, managers, employees, agents, and parties affiliated with its employee benefit and health plans) arising from, related to, or having any relationship or connection whatsoever with my seeking employment with, employment by, ending of my employment with, or other association with Doherty Enterprises, whether based in tort, contract, statutory, or equitable law, or otherwise, shall be submitted to and determined exclusively by binding arbitration.

**I understand that nothing in this binding Arbitration Agreement prevents me from first filing a charge or complaint, communicating with, or cooperating in an investigation or proceeding conducted by, the Equal Employment Opportunity Commission ("EEOC"), the National Labor Relations Board ("NLRB"), or any other federal, state or local agency charged with the enforcement of any laws. However, I also understand that I shall not be entitled to file a complaint in Court related to such charge or complaint, communication or investigation**

I agree that the arbitration and this Agreement shall be controlled by the Federal Arbitration Act. Any arbitration under this Agreement will be held in accordance with the American Arbitration Association's then-current Employment Arbitration Rules. The arbitrator, and only the arbitrator, will decide any and all disputes regarding whether a claim is arbitrable. In the event the arbitrator decides that any given matter is not arbitrable, the matter will be decided by a court of competent jurisdiction. Judgment upon award rendered by the arbitrator will be final and binding upon both parties and may be entered and enforced in any court of competent jurisdiction. I understand that I can pursue all of my substantive rights and remedies in arbitration, including attorneys' fee awards.

I and Doherty Enterprises both agree to arbitrate solely on an individual basis, and I understand that this Agreement does not permit class arbitration or any claims brought as a plaintiff or class member in any class or representative arbitration proceeding. The arbitral tribunal may not consolidate more than one person's claims, and may not otherwise preside over any form of a representative or class proceeding. In the event this prohibition on class arbitration is deemed invalid or unenforceable, the remaining portions of this Agreement will remain in force.

I UNDERSTAND BY AGREEING TO THIS BINDING ARBITRATION PROVISION, BOTH I AND DOHERTY ENTERPRISES WAIVE OUR RIGHT TO TRIAL BY JURY. I FURTHER UNDERSTAND THAT THIS BINDING ARBITRATION AGREEMENT IS A CONTRACT FOR PURPOSES OF EMPLOYMENT DISPUTE RESOLUTION ONLY. THIS AGREEMENT DOES NOT CHANGE THE AT-WILL NATURE OF MY EMPLOYMENT AND DOES NOT CONSTITUTE A CONTRACT OF EMPLOYMENT IN ANY RESPECT.

## ACUERDO DE ARBITRAJE OBLIGATORIO

Reconozco que Doherty Enterprises utiliza un sistema de resolución de controversias que involucra un arbitraje vinculante para resolver cualquier disputa, controversia o reclamo que surja como consecuencia de mi empleo en Doherty Enterprises o esté relacionado con él. Como condición de empleo en Doherty Enterprises o cualquiera de sus compañías relacionadas, acepto los términos del presente Acuerdo debido a los beneficios recíprocos (como reducción de gastos y mayor eficiencia) que el arbitraje vinculante privado puede brindar tanto a Doherty Enterprises como a mí.

Tanto Doherty Enterprises como yo aceptamos que cualquier reclamo, disputa o controversia (incluso, por ejemplo, reclamos de discriminación laboral, acoso o represalias conforme al Título VII de la Ley de Derechos Civiles de 1964, la Ley de Discriminación por Edad en el Empleo, la Ley de Estadounidenses con Discapacidades, la ley de Licencia por Razones Médicas y Familiares, la Ley de Derechos de Empleo y Reempleo de los Servicios Uniformados y cualquier otra norma o reglamento federal, estatal o local aplicable o doctrina de derecho consuetudinario) que de otro modo requeriría o permitiría recurrir a un tribunal para un juicio entre Doherty Enterprises (incluyendo sus sociedades controlantes, subsidiarias, afiliadas, propietarios, directores, funcionarios, gerentes, empleados, agentes y partes afiliadas con sus planes de beneficios y salud de empleados) y yo que surja, se relacione o tenga alguna relación o conexión con mi búsqueda de empleo, empleo, finalización de mi empleo u otra asociación con Doherty Enterprises, ya sea que sean de tipo extracontractual, contractual, legal, o de ley equitativa o de otro modo, se someterán y serán resueltos exclusivamente mediante arbitraje vinculante.

**Entiendo que ninguna cláusula de este Acuerdo de arbitraje vinculante me impide que presente primero un cargo o denuncia, me comunique o coopere en una investigación o proceso llevado a cabo por la Comisión de Igualdad de Oportunidades de Empleo ("EEOC", por sus siglas en inglés), la Junta Nacional de Relaciones Laborales ("NLRB", por sus siglas en inglés), o cualquier agencia federal, estatal o local responsable de la aplicación de las leyes. Sin embargo, también entiendo que no tendré derecho a presentar una denuncia en el tribunal relacionada con dicho cargo o denuncia, comunicación o investigación**

Acepto que el arbitraje y el presente Acuerdo estarán controlados por la Ley Federal de Arbitraje. Cualquier arbitraje conforme a este Acuerdo se celebrará de conformidad con las normas de arbitraje en el empleo vigentes de la American Arbitration Association. El árbitro, y solo el árbitro, decidirá todas las controversias con respecto a si un reclamo puede someterse a arbitraje. En caso de que el árbitro decida que algún asunto dado no puede someterse a arbitraje, el asunto se decidirá en un tribunal competente. La sentencia dictada sobre el laudo por el árbitro será definitiva y vinculante para ambas partes y puede dictarse y aplicarse en cualquier tribunal competente. Entiendo que puedo ejercer todos mis derechos y recursos sustantivos en el arbitraje, incluidos los laudos por honorarios de los abogados.

Tanto Doherty Enterprises como yo aceptamos arbitrar solo en forma individual y entiendo que el presente Acuerdo no permite un arbitraje de clase ni ningún reclamo presentado como demandante o miembro de clase en ningún proceso de arbitraje de clase o representativo. El tribunal arbitral no puede consolidar los reclamos de más de una persona y, de otro modo, no puede presidir en ninguna forma de proceso representativo o de clase. En caso de que esta prohibición de arbitraje de clase se considere inválida o inaplicable, las partes restantes del presente Acuerdo permanecerán vigentes.

ENTIENDO QUE AL ACEPTAR ESTA CLÁUSULA DE ARBITRAJE VINCULANTE TANTO YO COMO DOHERTY ENTREPRISES RENUNCIAMOS A NUESTRO DERECHO A JUICIO POR JURADO. ENTIENDO ADEMÁS QUE EL PRESENTE ACUERDO DE ARBITRAJE VINCULANTE ES UN CONTRATO SOLO PARA LOS FINES DE LA RESOLUCIÓN DE CONTROVERSIAS. ESTE ACUERDO NO CAMBIA LA NATURALEZA A VOLUNTAD DE MI EMPLEO Y NO CONSTITUYE UN CONTRATO DE TRABAJO EN NINGÚN RESPECTO.