## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EFUA BENN,<br><br>   Plaintiff,<br><br> v.<br><br>APPLE FOOD SERVICES OF NEW YORK, LLC, NADIR UZZAMAN, and TEHMEENA KHAN<br><br>   Defendants. | CIVIL ACTION<br><br>No.: 1:26-cv-5481-MMG<br><br>**NOTICE OF APPEARANCE**<br><br>(Filed Electronically) |

PLEASE TAKE NOTICE that Mark A. Nehme, an attorney with the firm of Saul Ewing LLP, hereby appears as counsel for defendants Apple Food Services of New York, LLC, Nadir Uzzaman, and Tehmeena Khan in the above-captioned matter and requests that copies of all notices, pleadings, and orders entered in this matter be sent to the undersigned.

Dated: August 11, 2026

Respectfully Submitted,
**SAUL EWING LLP**

By: _/s/ Mark A. Nehme_
 Mark A. Nehme, Esq.
 SAUL EWING LLP
 1037 Raymond Blvd., Suite 1520
 Newark, NJ 07102
 (973) 286-6700
 mark.nehme@saul.com
 _Attorneys for Defendants,_
 _Apple Food Services of New York,_
 _LLC, Nadir Uzzaman, and_
 _Tehmeena Khan_

1