**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| EFUA BENN,<br><br>Plaintiff,<br><br>v.<br><br>APPLEBEE'S GRILL & BAR; APPLE FOOD SERVICES OF NEW YORK, LLC; NADIR UZZAMAN; and TEHMEENA KHAN,<br><br>Defendants. | Case No. 1:26-cv-5481-MMG<br><br>**NOTICE OF MOTION TO STAY ACTION AND COMPEL ARBITRATION OF ALL CLAIMS** |

**PLEASE TAKE NOTICE,** that Defendants Apple Food Services of New York, LLC ("**Apple Food**"), Nadir Uzzaman and Tehmeena Khan (collectively, "**Defendants**"), through their undersigned counsel, will move this Court, before the Honorable Margaret M. Garnett, U.S.D.J., at the United States Courthouse located at 40 Foley Square, New York, NY 10007, on a date to be set by the Court, for an Order granting Defendants' motion to stay this action and compel arbitration of all claims against Defendants raised in Plaintiff Efua Benn's Complaint (ECF No. 1) pursuant to Section 3 of the Federal Arbitration Act, 9 U.S.C. § 3, and for such other and further relief as may be just, proper and equitable.

**PLEASE TAKE FURTHER NOTICE,** that in support of their motion, Defendants will rely upon the (1) accompanying memorandum of law, (2) Declaration of Jessica E. Graves, and (3) Declaration of Mark A. Nehme.

**PLEASE TAKE FURTHER NOTICE,** that pursuant to the Court's Order dated August 11, 2026 (ECF No. 14), Plaintiff's opposition to Defendants' motion (if any) is due on September 14, 2026, and Defendants' reply is due on September 21, 2026.

Dated: August 31, 2026

Respectfully submitted,

SAUL EWING LLP
*Attorneys for Defendants Apple Food Services of New York, LLC, Nadir Uzzaman and Tehmeena Khan*

By: */s/ Mark A. Nehme*
Erik P. Pramschufer
Mark A. Nehme
1270 Avenue of the Americas, Suite 2800
New York, NY 10020
(212) 980-7200
erik.pramschufer@saul.com
mark.nehme@saul.com