**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| EFUA BENN,<br><br>Plaintiff,<br><br>v.<br><br>APPLE FOOD SERVICES OF NEW YORK, LLC, NADIR UZZAMAN, and TEHMEENA KHAN<br><br>Defendants. | CIVIL ACTION<br><br>No.: 1:26-cv-5481-MMG<br><br>Hon. Margaret M. Garnett, U.S.D.J. |

**DECLARATION OF MARK A. NEHME**

I, Mark A. Nehme, an attorney admitted to practice before this Court, affirm as follows under penalty of perjury that the following statements are true:

1. I am an associate in the law firm Saul Ewing LLP, and am duly licensed and admitted to practice before the courts of the state of New York. I am counsel to Defendants Apple Food Services of New York, LLC, Nadir Uzzaman, and Tehmeena Khan in the above-captioned action. I am fully familiar with the contents of this affirmation based on my participation in this matter and review of the documents identified herein.

2. I submit this affirmation in support of Defendants' Motion to Stay the Action and Compel Arbitration.

3. On July 7, 2026, attorneys from Saul Ewing LLP e-mailed Plaintiff's counsel offering to waive service of the Complaint and asked if Plaintiff would consent to initiating arbitration before the AAA as required by her arbitration agreements.

4. That same day, Plaintiff's counsel indicated that he would meet with his client to determine whether she agreed to arbitrate and revert back.

5. Defendants' counsel followed up with Plaintiff's counsel on August 4, August 6, August 10, and August 24, either through e-mail or telephone, after not receiving a response from Plaintiff.

6. On August 30, 2026, at 11:47 p.m., Plaintiff's counsel responded via e-mail and stated in relevant part that:

> Second, I met with my client to review the arbitration agreements. Do you have an audit trail establishing when these were created, viewed, and/or signed, with IP addresses and any other identifying information? This information will help in determining whether my client will agree to arbitrate.

7. Defendants' counsel are filing this motion to comply with the Court's Order setting a deadline for this Motion for August 31, 2026, but will continue discussions with Plaintiff's counsel to determine if Plaintiff will voluntarily agree to arbitrate. At this time, it appears that Plaintiff's position has not yet been determined.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I may be subject to punishment.

Dated: August 31, 2026

*/s/ Mark A. Nehme*
Mark A. Nehme