# EXHIBIT A

# In order for your application to be complete, you are required to electronically sign and date each of the three (3) sections below:

## 1. MANDATORY ARBITRATION AGREEMENT

I acknowledge that Doherty Enterprises utilizes a system of dispute resolution which involves binding arbitration to resolve any dispute, controversy, or claim arising out of, relating to or in connection with my employment with Doherty Enterprises. As a condition of employment at Doherty Enterprises or any of its related companies, I agree to the terms of this Agreement because of the mutual benefits (such as reduced expense and increased efficiency) which private binding arbitration can provide both Doherty Enterprises and myself.

I and Doherty Enterprises both agree that any claim, dispute, and/or controversy (including but not limited to any claims of employment discrimination, harassment, and/or retaliation under Title VII of the Civil Rights Act of 1964, the Age Discrimination in Employment Act, the Americans with Disabilities Act, the Family and Medical Leave Act, the Uniformed Services Employment and Reemployment Rights Act, and any other applicable federal, state, or local statute, regulation or common law doctrine) which would otherwise require or allow resort to any court between myself and Doherty Enterprises (and/or its parents, subsidiaries, affiliates, owners, directors, officers, managers, employees, agents, and parties affiliated with its employee benefit and health plans) arising from, related to, or having any relationship or connection whatsoever with my seeking employment with, employment by, ending of my employment with, or other association with Doherty Enterprises, whether based in tort, contract, statutory, or equitable law, or otherwise, shall be submitted to and determined exclusively by binding arbitration.

**I understand that nothing in this binding Arbitration Agreement prevents me from first filing a charge or complaint, communicating with, or cooperating in an investigation or proceeding conducted by, the Equal Employment Opportunity Commission ("EEOC"), the National Labor Relations Board ("NLRB"), or any other federal, state or local agency charged with the enforcement of any laws. However, I also understand that I shall not be entitled to file a complaint in Court related to such charge or complaint, communication or investigation**

I agree that the arbitration and this Agreement shall be controlled by the Federal Arbitration Act. Any arbitration under this Agreement will be held in accordance with the American Arbitration Association's then-current Employment Arbitration Rules. The arbitrator, and only the arbitrator, will decide any and all disputes regarding whether a claim is arbitrable. In the event the arbitrator decides that any given matter is not arbitrable, the matter will be decided by a court of competent jurisdiction. Judgment upon award rendered by the arbitrator will be final and binding upon both parties and may be entered and enforced in any court of competent jurisdiction. I understand that I can pursue all of my substantive rights and remedies in arbitration, including attorneys' fee awards.

I and Doherty Enterprises both agree to arbitrate solely on an individual basis, and I understand that this Agreement does not permit class arbitration or any claims brought as a plaintiff or class member in any class or representative arbitration proceeding. The arbitral tribunal may not consolidate more than one person's claims, and may not otherwise preside over any form of a representative or class proceeding. In the event this prohibition on class arbitration is deemed invalid or unenforceable, the remaining portions of this Agreement will remain in force.

I UNDERSTAND BY AGREEING TO THIS BINDING ARBITRATION PROVISION, BOTH I AND DOHERTY ENTERPRISES WAIVE OUR RIGHT TO TRIAL BY JURY. I FURTHER UNDERSTAND THAT THIS BINDING ARBITRATION AGREEMENT IS A CONTRACT FOR PURPOSES OF EMPLOYMENT DISPUTE RESOLUTION ONLY. THIS AGREEMENT DOES NOT CHANGE THE AT-WILL NATURE OF MY EMPLOYMENT AND DOES NOT CONSTITUTE A CONTRACT OF EMPLOYMENT IN ANY RESPECT.

Type your Name: Efua Benn

☑ **Signature** Efua Benn 1/3/2024 1:42 AM

By checking the box above you are applying your signature and you agree to this Applicant Statement.

## 2. DRUG FREE WORKPLACE AND DRUG TESTING POLICY

Our company is strongly committed to providing a safe and healthy workplace for our employees and to provide a safe quality product for our guests. We will strive to maintain a work environment free from the effects of illegal drug and alcohol abuse. We believe that testing prospective new managers for illegal drug abuse will decrease the chance of hiring or promoting someone who is currently using or abusing drugs.

**The use, possession, sale, distribution, manufacture, transfer or being under the influence of alcohol or illegal drugs is prohibited while on company premises or company business.**

**The use of alcohol, legal drugs or illegal drugs in any manner which may impair an employee's ability to safely and effectively perform assigned job duties or which adversely affect the company's reputation or business is prohibited.**

It is a violation of our policy for anyone to report to work under the influence of illegal drugs or alcohol – that is, with illegal drugs or alcohol in his/her body.

This policy applies to all external candidates and internal candidates who are being considered for a promotion.

All candidates for management positions who have been conditionally offered employment, shall be drug tested. All employment offer letters will contain a statement that employment is conditional upon passing a drug test.

## ACKNOWLEDGEMENT AND APPLICANT CONSENT AND RELEASE OF LIABILITY

Consistent with the Doherty Enterprises Drug Free Workplace and Drug Testing Policy, I understand that I may be requested by the Company to submit to a screening test of illegal drugs and illegally used legal drugs, which includes the collection of a hair sample to determine the presence or use of drugs or controlled substances.

I hereby voluntarily consent to provide the Company with a hair sample for such purpose at laboratories designated by Doherty Enterprises I consent to having samples tested at the selected laboratories. Further, I certify that the specimen collected from me will be mine and will not be adulterated or altered in any manner. The tests will be used to detect the presence of the following substances, in addition to other substances for which Doherty Enterprises may be required to test for under Federal or State law: Opiates, Cocaine, Amphetamines, and Phencyclidine (PCP).

I understand that all screening tests for drugs will be subject to careful testing procedures with mandatory confirmation of any preliminary positive tests. I further understand that if my test indicated a confirmed positive for illegal drugs, I will not be considered for employment, or in the event I am an employee at the time of the test I may be subject to discipline including termination, in accordance with the Substance Abuse Policy. I will be given reasonable opportunity to explain confirmed positive test for substances other than illegal drugs. If I provide an unacceptable explanation, I will be denied employment.

I understand that I may request a copy of any tests taken, as part of the screening tests upon receipt of the results by the Director of Human Resources, Doherty Enterprises, from the laboratory.

I understand the results of these tests and other relevant medical information may be used for employment decisions. I hereby authorize the designated laboratory to release results to Doherty Enterprise's Director of Human Resources. I further agree to hold Doherty Enterprises, its agents, officers and employees harmless from, and waive all claims existing and future for any, and all liability (including negligence) arising in connection with the testing for drugs.

Type your Name: Efua Benn

☑ **Signature** Efua Benn 1/3/2024 1:42 AM
By checking the box above you are applying your signature and you agree to this Applicant Statement.

## 3. APPLICATION SIGNATURE

## PLEASE READ CAREFULLY BEFORE SIGNING:

1. The information that I have provided on this application is accurate to the best of my knowledge and subject to validation by Doherty Enterprises.

   2. I authorize the persons, schools, current employer (if approved by me in the Employment Experience section) and other organizations or employers named in this application to provide Doherty Enterprises. with any relevant information that may be required to arrive at an employment decision. I hereby release all persons contacted from all liability.

3. I certify, under penalty of perjury, that all of the above information is true and complete, and further understand that any falsification or omission of information, whether on this Application for Employment or on any other document submitted or communication made during the application and/or interview process, may result in denial of employment or hiring or termination by Doherty Enterprises. and forfeiture of all related benefits, regardless of the time lapse before discovery of the falsification or omission.

4. In the event of employment, I understand I am applying for employment which can be terminated at will by me or Doherty Enterprises. at any time and that nothing contained in any manual, brochure, or other Doherty Enterprises. materials shall constitute an implied contract of employment. I understand that I am required to abide by all company rules and regulations.

By my signature below, I affirm that I have read and understand this application, that I have not withheld any information requested, and that any statements I have made are true and correct. If I am accepted for employment, I understand and agree that such employment will be at-will and may be terminated by either party at any time with reason or no reason and with our without prior notice. I further understand and agree that this at-will employment status constitutes the entire understanding between me and the company regarding the right and ability of either party to terminate employment and that this at-will status cannot be changed except through a written understanding signed by the president of the Company.

Type your Name: Efua Benn

☑ **Signature** Efua Benn 1/3/2024 1:42 AM
By checking the box above you are applying your signature and you agree to this Applicant Statement.