# EXHIBIT C

## Efua Benn - 155399 - Apple Food Service of New York LLC

# Title: Mandatory Arbitration Agreement 12.2019

| | |
|---|---|
| Document | Title: Mandatory Arbitration Agreement 12.2019 |
| Category | Document Acknowledgements |
| Message | ENGLISH: |

ENGLISH:

I acknowledge and understand that at the time I applied for employment with Doherty, I signed an Arbitration Agreement which requires that all disputes between me and Doherty must be submitted to and determined exclusively by binding arbitration. Nothing in this binding Arbitration Agreement between me and Doherty prevents me from first filing a charge or complaint, communicating with, or cooperating in an investigation or proceeding conducted by, the Equal Employment Opportunity Commission (“EEOC”), the National Labor Relations Board (“NLRB”), or any other federal, state or local agency charged with the enforcement of any laws. However, I am not entitled to file a complaint in Court related to such charge or complaint, communication or investigation.

ESPANOL:

Yo reconozco y entiendo que en el momento en que solicité empleo con Doherty , firmé un acuerdo de arbitraje que requiere que todas las controversias entre mí y Doherty deben ser presentados y determinadas exclusivamente por arbitraje vinculante. Nada en este Acuerdo de arbitraje vinculante entre yo y Doherty me impide primera presentación de una acusación o queja , comunicarse con, o cooperar en una investigación o procedimiento llevado a cabo por la Comisión de Igualdad de Oportunidades en el Empleo ("EEOC"), la Junta Nacional de Relaciones Laborales ("NLRB") , o cualquier otra agencia federal , estatal o local encargada de la aplicación de las leyes . Sin embargo, yo no tengo derecho a presentar una queja en la Corte relacionada con dicha acusación o queja , la comunicación o la investigación.

| **Status** | Status Date | Comments |
|---|---|---|
| Accepted | 01/11/2024 4:09 PM | |

## MANDATORY ARBITRATION AGREEMENT – ENGLISH

**(**Documento en español se encuentra por debajo**)**

I acknowledge that Doherty Enterprises utilizes a system of dispute resolution which involves binding arbitration to resolve any dispute, controversy, or claim arising out of, relating to or in connection with my employment with Doherty Enterprises. As a condition of employment at Doherty Enterprises or any of its related companies, I agree to the terms of this Agreement because of the mutual benefits (such as reduced expense and increased efficiency) which private binding arbitration can provide both Doherty Enterprises and myself.

I and Doherty Enterprises both agree that any claim, dispute, and/or controversy (including but not limited to any claims of employment discrimination, harassment, and/or retaliation under Title VII of the Civil Rights Act of 1964, the Age Discrimination in Employment Act, the Americans with Disabilities Act, the Family and Medical Leave Act, the Uniformed Services Employment and Reemployment Rights Act, and any other applicable federal, state, or local statute, regulation or common law doctrine) which would otherwise require or allow resort to any court between myself and Doherty Enterprises (and/or its parents, subsidiaries, affiliates, owners, directors, officers, managers, employees, agents, and parties affiliated with its employee benefit and health plans) arising from, related to, or having any relationship or connection whatsoever with my seeking employment with, employment by, ending of my employment with, or other association with Doherty Enterprises, whether based in tort, contract, statutory, or equitable law, or otherwise, shall be submitted to and determined exclusively by binding arbitration.

**I understand that nothing in this binding Arbitration Agreement prevents me from first filing a charge or complaint, communicating with, or cooperating in an investigation or proceeding conducted by, the Equal Employment Opportunity Commission ("EEOC"), the National Labor Relations Board ("NLRB"), or any other federal, state or local agency charged with the enforcement of any laws. However, I also understand that I shall not be entitled to file a complaint in Court related to such charge or complaint, communication or investigation**

I agree that the arbitration and this Agreement shall be controlled by the Federal Arbitration Act. Any arbitration under this Agreement will be held in accordance with the American Arbitration Association's then-current Employment Arbitration Rules. The arbitrator, and only the arbitrator, will decide any and all disputes regarding whether a claim is arbitrable. In the event the arbitrator decides that any given matter is not arbitrable, the matter will be decided by a court of competent jurisdiction. Judgment upon award rendered by the arbitrator will be final and binding upon both parties and may be entered and enforced in any court of competent jurisdiction. I understand that I can pursue all of my substantive rights and remedies in arbitration, including attorneys' fee awards.

I and Doherty Enterprises both agree to arbitrate solely on an individual basis, and I understand that this Agreement does not permit class arbitration or any claims brought as a plaintiff or class member in any class or representative arbitration proceeding. The arbitral tribunal may not consolidate more than one person's claims, and may not otherwise preside over any form of a representative or class proceeding. In the event this prohibition on class arbitration is deemed invalid or unenforceable, the remaining portions of this Agreement will remain in force.

I UNDERSTAND BY AGREEING TO THIS BINDING ARBITRATION PROVISION, BOTH I AND DOHERTY ENTERPRISES WAIVE OUR RIGHT TO TRIAL BY JURY. I FURTHER UNDERSTAND THAT THIS BINDING ARBITRATION AGREEMENT IS A CONTRACT FOR PURPOSES OF EMPLOYMENT DISPUTE RESOLUTION ONLY. THIS AGREEMENT DOES NOT CHANGE THE AT-WILL NATURE OF MY EMPLOYMENT AND DOES NOT CONSTITUTE A CONTRACT OF EMPLOYMENT IN ANY RESPECT.

## ACUERDO DE ARBITRAJE OBLIGATORIO

Reconozco que Doherty Enterprises utiliza un sistema de resolución de controversias que involucra un arbitraje vinculante para resolver cualquier disputa, controversia o reclamo que surja como consecuencia de mi empleo en Doherty Enterprises o esté relacionado con él. Como condición de empleo en Doherty Enterprises o cualquiera de sus compañías relacionadas, acepto los términos del presente Acuerdo debido a los beneficios recíprocos (como reducción de gastos y mayor eficiencia) que el arbitraje vinculante privado puede brindar tanto a Doherty Enterprises como a mí.

Tanto Doherty Enterprises como yo aceptamos que cualquier reclamo, disputa o controversia (incluso, por ejemplo, reclamos de discriminación laboral, acoso o represalias conforme al Título VII de la Ley de Derechos Civiles de 1964, la Ley de Discriminación por Edad en el Empleo, la Ley de Estadounidenses con Discapacidades, la ley de Licencia por Razones Médicas y Familiares, la Ley de Derechos de Empleo y Reempleo de los Servicios Uniformados y cualquier otra norma o reglamento federal, estatal o local aplicable o doctrina de derecho consuetudinario) que de otro modo requeriría o permitiría recurrir a un tribunal para un juicio entre Doherty Enterprises (incluyendo sus sociedades controlantes, subsidiarias, afiliadas, propietarios, directores, funcionarios, gerentes, empleados, agentes y partes afiliadas con sus planes de beneficios y salud de empleados) y yo que surja, se relacione o tenga alguna relación o conexión con mi búsqueda de empleo, empleo, finalización de mi empleo u otra asociación con Doherty Enterprises, ya sea que sean de tipo extracontractual, contractual, legal, o de ley equitativa o de otro modo, se someterán y serán resueltos exclusivamente mediante arbitraje vinculante.

**Entiendo que ninguna cláusula de este Acuerdo de arbitraje vinculante me impide que presente primero un cargo o denuncia, me comunique o coopere en una investigación o proceso llevado a cabo por la Comisión de Igualdad de Oportunidades de Empleo (”EEOC”, por sus siglas en inglés), la Junta Nacional de Relaciones Laborales ("NLRB", por sus siglas en inglés), o cualquier agencia federal, estatal o local responsable de la aplicación de las leyes. Sin embargo, también entiendo que no tendré derecho a presentar una denuncia en el tribunal relacionada con dicho cargo o denuncia, comunicación o investigación**

Acepto que el arbitraje y el presente Acuerdo estarán controlados por la Ley Federal de Arbitraje. Cualquier arbitraje conforme a este Acuerdo se celebrará de conformidad con las normas de arbitraje en el empleo vigentes de la American Arbitration Association. El árbitro, y solo el árbitro, decidirá todas las controversias con respecto a si un reclamo puede someterse a arbitraje. En caso de que el árbitro decida que algún asunto dado no puede someterse a arbitraje, el asunto se decidirá en un tribunal competente. La sentencia dictada sobre el laudo por el árbitro será definitiva y vinculante para ambas partes y puede dictarse y aplicarse en cualquier tribunal competente. Entiendo que puedo ejercer todos mis derechos y recursos sustantivos en el arbitraje, incluidos los laudos por honorarios de los abogados.

Tanto Doherty Enterprises como yo aceptamos arbitrar solo en forma individual y entiendo que el presente Acuerdo no permite un arbitraje de clase ni ningún reclamo presentado como demandante o miembro de clase en ningún proceso de arbitraje de clase o representativo. El tribunal arbitral no puede consolidar los reclamos de más de una persona y, de otro modo, no puede presidir en ninguna forma de proceso representativo o de clase. En caso de que esta prohibición de arbitraje de clase se considere inválida o inaplicable, las partes restantes del presente Acuerdo permanecerán vigentes.

ENTIENDO QUE AL ACEPTAR ESTA CLÁUSULA DE ARBITRAJE VINCULANTE TANTO YO COMO DOHERTY ENTREPRISES RENUNCIAMOS A NUESTRO DERECHO A JUICIO POR JURADO. ENTIENDO ADEMÁS QUE EL PRESENTE ACUERDO DE ARBITRAJE VINCULANTE ES UN CONTRATO SOLO PARA LOS FINES DE LA RESOLUCIÓN DE CONTROVERSIAS. ESTE ACUERDO NO CAMBIA LA NATURALEZA A VOLUNTAD DE MI EMPLEO Y NO CONSTITUYE UN CONTRATO DE TRABAJO EN NINGÚN RESPECTO.