**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**MANHATTAN DIVISION**

| | |
|---|---|
| EFUA BENN,<br><br>Plaintiff,<br><br>v.<br><br>APPLEBEE'S GRILL & BAR, APPLE FOOD SERVICE OF NEW YORK LLC, NADIR UZZMAN AND TAHMEENA KHAN,<br><br>Defendants. | Case No.: 1:26-cv-5481 (MMG) (SN)<br><br>**DECLARATION OF PLAINTIFF EFUA BENN IN OPPOSITION TO DEFENDANTS' MOTION TO COMPEL ARBITRATION AND STAY THIS ACTION** |

Efua Benn declares, pursuant to 28 U.S.C. § 1746 and under penalty of perjury, that the following is true and correct:

1. I am the Plaintiff in this case.

2. I have personal knowledge of the facts and circumstances stated in this declaration based on my employment with Defendants, my personal observations and experiences, my communications with Defendants' employees and representatives, and my review of communications that I sent, received, or maintained.

3. I respectfully submit this declaration in opposition to Defendants' motion to compel arbitration and stay this action.

4. I reviewed my emails and searched the term "Doherty."

5. I found a January 4, 2024 email from "Jim Reilly" providing me with a link called "Click to Complete" after explaining that Doherty "need[s] some more information" and to "click on the link below and answer the question to complete your information."

6. I was unable to access the link, even after requesting a forgotten password.

7. I did not find any completed or signed paperwork about arbitration emailed to me.

8. I also searched the terms “arbitration employment”

9. I still did not find any completed or signed paperwork about arbitration emailed to me.

10. I do not believe that I ever signed any arbitration agreements, let alone three of them.

11. My attorney asked for information from Defendants demonstrating that it was actually I that signed any arbitration agreement, and Defendants did not provide any such information.

12. It is my understand that electronic signatures are typically accompanied by some documentation concerning when the document was sent, when it was viewed, when it was signed, and either the email address it was sent to and/or an IP address.

13. Based on the lack of any signed arbitration agreement in my records, and to the best of my knowledge and recollection, I respectfully submit that I did not sign any arbitration agreement.

I declare under penalty of perjury that the foregoing is true and correct. Executed on September 14, 2026.

Efua Benn (Sep 14, 2026 22:16:53 EDT)

Efua Benn

# 2026-09-14 Declaration in Opposition

Final Audit Report 2026-09-15

| | |
|---|---|
| Created: | 2026-09-15 |
| By: | Emanuel Kataev (mail@emanuelkataev.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAA4rkBh0W50u09o_j2qsDNOsYMpZCAEg9i |

## "2026-09-14 Declaration in Opposition" History

Document created by Emanuel Kataev (mail@emanuelkataev.com)
2026-09-15 - 2:15:53 AM GMT- IP address: 24.228.84.69

Document emailed to efuabenn@gmail.com for signature
2026-09-15 - 2:16:15 AM GMT

Email viewed by efuabenn@gmail.com
2026-09-15 - 2:16:21 AM GMT- IP address: 66.102.8.100

Signer efuabenn@gmail.com entered name at signing as Efua Benn
2026-09-15 - 2:16:51 AM GMT- IP address: 67.81.37.152

Document e-signed by Efua Benn (efuabenn@gmail.com)
Signature Date: 2026-09-15 - 2:16:53 AM GMT - Time Source: server- IP address: 67.81.37.152 - Signature Appearance Selected: MOBILE_DRAW

Agreement completed.
2026-09-15 - 2:16:53 AM GMT