# EXHIBIT A

# NEW APPLEBEE'S APPLICATION AND
# NEW HIRE PAPERWORK GUIDE

CONTENTS:


| | |
|---|---|
| Application & New Hire Paperwork Process Overview | 3 |
| Step-by-Step Team Member Application Process | 5 |
| Step-by-Step Responding to the Conviction Question | 13 |
| Step-by-Step Completing the New Hire paperwork | 17 |

<table>
<tr><th colspan="2">APPLICATION & NEW HIRE PAPERWORK PROCESS OVERVIEW</th></tr>
<tr><td colspan="2">The Team Member clicks on the QR Code provided using their phone or The Team Member clicks on the URL provided using the Cafe’s computer.</td></tr>
<tr><td colspan="2">The Team Member completes the Application by creating a profile using their personal unique email address and creating a password – they must remember this password for other later steps.<br><br>Note – the application is in English. If someone needs help based on that, please provide them assistance.</td></tr>
<tr><td colspan="2">The Team Member receives an email thanking them for completing their Application advising them it has been submitted.</td></tr>
<tr><td colspan="2">The Team Member will receive an email asking them to answer the Conviction Question.</td></tr>
<tr><td colspan="2">The Team Member clicks on the link, logs back into the Careers Site using their email address and password, and answers the Conviction Question.</td></tr>
<tr><td>If they answer “no”, the process continues.</td><td>If they answer “yes”:<ul><li>The Team Member will receive an email asking for required information to complete a Background Check</li><li>At this point, the process is put on hold until the Background Check is completed and a decision is made.</li><li>Note - each situation will be handled individually following laws and precedents.</li></ul></td></tr>
</table>

*Continued next page*.

| **APPLICATION & NEW HIRE PAPERWORK PROCESS OVERVIEW continued** |
|---|
| The Team Member will receive an email Welcoming them to Doherty with instructions on how to complete their *New Hire Paperwork*. |
| The Team Member clicks on the link in the email and completes their *New Hire Paperwork*. |
| The Team Member must bring the proper *I9 Documents* to their Orientation Session or they will not be allowed to remain at their Orientation Session.<br><br>The Team Member will receive an email on their Orientation Day at around 4 am reminding them to bring the correct I9 documents along with a link to the list of appropriate I9 documents.<br><br>GMs should meet with each Team Member prior to their Orientation Session to be sure they have the proper *I9 Documents*. |

## TEAM MEMBER APPLICATION PROCESS

After clicking on the QR Code or URL provided, you will land on the job.

Click on Apply for this job online.




Type in your **individual unique email address**.

You must have your own **individual unique email address** to apply and complete your paperwork.

Click on Next.




You do not need to upload any Resume.

Move down to the **Create a login** section.

Type in a Login name that you will remember. You will need this later when completing other steps.

*It is recommended you use your email address.*



<table>
<tr>
<td>Create a Password and type it in.<br><br>Re-enter the Password.<br><br>*It is important you write this password down. You will need it to login again to complete steps later.*</td>
<td>
</td>
</tr>
<tr>
<td>Enter your First Name and Last Name.<br><br>Confirm your Email Address is correct.</td>
<td>
</td>
</tr>
<tr>
<td>Select the Phone <u>Type</u>.<br><br>Enter your Phone Number.</td>
<td>
</td>
</tr>
</table>

| | |
|---|---|
| Select "Home" as the Address Type.<br><br>Enter your Address information. |  |
| **For How did you hear about us? select Apple Metro. You MUST select Apple Metro in order to be processed!!!** |  |
| Answer the questions of whether or not you have ever worked for Doherty Enterprises in the past or applied for a position with Doherty Enterprises in the past.<br><br>If the answer is Yes, please type in where and when. |  |
| Answer the question about being 18 or older.<br><br>If the answer is No, please type in your age. |  |

| | |
|---|---|
| For each day of the week, type in your availability to be scheduled.<br><br>This is not the shifts you work – it is your availability to work. | **What times are you available to work?**<br>Monday*<br>6am - 5pm<br>Tuesday*<br>Any<br>Wednesday*<br>No<br>Thursday*<br>7am - 9pm<br>Friday*<br>8am - 10pm<br>Saturday*<br>5pm - 11pm<br>Sunday*<br>Any |
| Enter information about your current restaurant and job.<br><br>You do not need to enter an End Date or Reason for Leaving. | **Please Enter your Work and Education Experience (to add more, click the Add More button at the bottom)**<br>**Professional Experience (1)**<br>Employer (if no employment history, enter NONE)*: Applebees<br>Job Title: Server<br>Country: *(blank)*<br>City: Newburgh<br>State: New York<br>Zip: 12550<br>Employer Phone Number: 8455670910<br>Supervisor's Name: Stephen<br>Start Date (Month / Day / Year): Jan 12 2019<br>End Date (leave blank if still employed) (Month / Day / Year):<br>Reason for Leaving or Still Employed: Still Employed |
| Select your most recent Education Level. | **Education (1)**<br>Most Recent Education Level*: High School<br>Add More (Education) |

| | |
|---|---|
| Enter information for two references.<br><br>These can be the Managers you work with at your current restaurant. | **Please provide two (2) Professional References that we may contact**<br>1st Reference Name*<br>Stephen<br>1st Reference Relationship*<br>Supervisor<br>1st Reference Phone Number*<br>3478691234<br>2nd Reference Name*<br>Antoine<br>2nd Reference Relationship*<br>Supervisor<br>2nd Reference Phone Number*<br>3475639901<br>By proceeding you agree to iCIMS Privacy Policy. |
| Click on Submit Profile. | **Please provide two (2) Professional References that we may contact**<br>1st Reference Name*<br>Stephen<br>1st Reference Relationship*<br>Supervisor<br>1st Reference Phone Number*<br>3478691234<br>2nd Reference Name*<br>Antoine<br>2nd Reference Relationship*<br>Supervisor<br>2nd Reference Phone Number*<br>3475639901<br>By proceeding you agree to iCIMS Privacy Policy.<br>Submit Profile |

<table>
<tr>
<td>
You will now need to read and sign three sections of this Form.
Scroll through and read the Mandatory Arbitration Agreement.
</td>
<td>
Associate
US-NY-Farmingdale
Portal Specific Forms
Save & Return Later | Submit
In order for your application to be complete, you are required to electronically sign and date each of the three (3) sections below:
1. MANDATORY ARBITRATION AGREEMENT
I acknowledge that Doherty Enterprises utilizes a system of dispute resolution which involves binding arbitration to resolve any dispute, controversy, or claim arising out of, relating to or in connection with my employment with Doherty Enterprises. As a condition of employment at Doherty Enterprises or any of its related companies, I agree to the terms of this Agreement because of the mutual benefits (such as reduced expense and increased efficiency) which private binding arbitration can provide both Doherty Enterprises and myself.
I and Doherty Enterprises both agree that any claim, dispute, and/or controversy (including but not limited to any claims of employment discrimination, harassment, and/or retaliation under Title VII of the Civil Rights Act of 1964, the Age Discrimination in Employment Act, the Americans with Disabilities Act, the Family and Medical Leave Act, the Uniformed Services Employment and Reemployment Rights Act, and any other applicable federal, state, or local statute, regulation or common law doctrine) which would otherwise require or allow resort to any court between myself and Doherty Enterprises (and/or its parents, subsidiaries, affiliates, owners, directors, officers, managers, employees, agents, and parties affiliated with its employee benefit and health plans) arising from, related to, or having any relationship or connection whatsoever with my seeking employment with, employment by, ending of my employment with, or other association with Doherty Enterprises, whether based in tort, contract, statutory, or equitable law, or otherwise, shall be submitted to and determined exclusively by binding arbitration.
I understand that nothing in this binding Arbitration Agreement prevents me from first filing a charge or complaint, communicating with, or cooperating in an investigation or proceeding conducted by, the Equal Employment Opportunity Commission ("EEOC"), the National Labor Relations Board ("NLRB"), or any other federal, state or local agency charged with the enforcement of any laws. However, I also understand that I shall
</td>
</tr>
<tr>
<td>
After reading the Mandatory Arbitration Agreement:
<ul>
<li>type in your initials as your signature</li>
<li>check off the box that reads <u>Signature</u></li>
</ul>
If you do not agree with the Mandatory Arbitration Agreement, do not sign it and speak to your General Manager.
</td>
<td>
1. MANDATORY ARBITRATION AGREEMENT
I acknowledge that Doherty Enterprises utilizes a system of dispute resolution which involves binding arbitration to resolve any dispute, controversy, or claim arising out of, relating to or in connection with my employment with Doherty Enterprises. As a condition of employment at Doherty Enterprises or any of its related companies, I agree to the terms of this Agreement because of the mutual benefits (such as reduced expense and increased efficiency) which private binding arbitration can provide both Doherty Enterprises and myself.
I and Doherty Enterprises both agree that any claim, dispute, and/or controversy (including but not limited to any claims of employment discrimination, harassment, and/or retaliation under Title VII of the Civil Rights Act of 1964, the Age Discrimination in Employment Act, the Americans with Disabilities Act, the Family and Medical Leave Act, the Uniformed Services Employment and Reemployment Rights Act, and any other applicable federal, state, or local statute, regulation or common law doctrine) which would otherwise require or allow resort to any court between myself and Doherty Enterprises (and/or its parents, subsidiaries, affiliates, owners, directors, officers, managers, employees, agents, and parties affiliated with its employee benefit and health plans) arising from, related to, or having any relationship or connection whatsoever with my seeking employment with, employment by, ending of my employment with, or other association with Doherty Enterprises, whether based in tort, contract, statutory, or equitable law, or otherwise, shall be submitted to and determined exclusively by binding arbitration.
I understand that nothing in this binding Arbitration Agreement prevents me from first filing a charge or complaint, communicating with, or cooperating in an investigation or proceeding conducted by, the Equal Employment Opportunity Commission ("EEOC"), the National Labor Relations Board ("NLRB"), or any other federal, state or local agency charged with the enforcement of any laws. However, I also understand that I shall not be entitled to file a complaint in Court related to such charge or complaint, communication or investigation
I agree that the arbitration and this Agreement shall be controlled by the Federal Arbitration Act. Any arbitration under this Agreement will be held in accordance with the American Arbitration Association's then-current Employment Arbitration Rules. The arbitrator, and only the arbitrator, will decide any and all disputes regarding whether a claim is arbitrable. In the event the arbitrator decides that any given matter is not arbitrable, the matter will be decided by a court of competent jurisdiction. Judgment upon award rendered by the arbitrator will be final and binding upon both parties and may be entered and enforced in any court of competent jurisdiction. I understand that I can pursue all of my substantive rights and remedies in arbitration, including attorneys' fee awards.
I and Doherty Enterprises both agree to arbitrate solely on an individual basis, and I understand that this Agreement does not permit class arbitration or any claims brought as a plaintiff or class member in any class or representative arbitration proceeding. The arbitral tribunal may not consolidate more than one person's claims, and may not otherwise preside over any form of a representative or class proceeding. In the event this prohibition on class arbitration is deemed invalid or unenforceable, the remaining portions of this Agreement will remain in force.
I UNDERSTAND BY AGREEING TO THIS BINDING ARBITRATION PROVISION, BOTH I AND DOHERTY ENTERPRISES WAIVE OUR RIGHT TO TRIAL BY JURY. I FURTHER UNDERSTAND THAT THIS BINDING ARBITRATION AGREEMENT IS A CONTRACT FOR PURPOSES OF EMPLOYMENT DISPUTE RESOLUTION ONLY. THIS AGREEMENT DOES NOT CHANGE THE AT-WILL NATURE OF MY EMPLOYMENT AND DOES NOT CONSTITUTE A CONTRACT OF EMPLOYMENT IN ANY RESPECT.
Type your Name:
JY
☑ Signature
By checking the box above you are applying your signature and you agree to this Applicant Statement.
</td>
</tr>
</table>



58681801.1

<table>
<tr>
<td>
Scroll down and read the Drug Free Workplace and Drug Testing Policy.
After reading the Drug Free Workplace and Drug Testing Policy:
<ul>
<li>type in your initials as your signature</li>
<li>check off the box that reads <u>Signature</u></li>
</ul>
If you do not agree with the Drug Free Workplace and Drug Testing Policy, do not sign it and speak to your General Manager.
</td>
<td>
2. DRUG FREE WORKPLACE AND DRUG TESTING POLICY
Our company is strongly committed to providing a safe and healthy workplace for our employees and to provide a safe quality product for our guests. We will strive to maintain a work environment free from the effects of illegal drug and alcohol abuse. We believe that testing prospective new managers for illegal drug abuse will decrease the chance of hiring or promoting someone who is currently using or abusing drugs.
The use, possession, sale, distribution, manufacture, transfer or being under the influence of alcohol or illegal drugs is prohibited while on company premises or company business.
The use of alcohol, legal drugs or illegal drugs in any manner which may impair an employee's ability to safely and effectively perform assigned job duties or which adversely affect the company's reputation or business is prohibited.
It is a violation of our policy for anyone to report to work under the influence of illegal drugs or alcohol – that is, with illegal drugs or alcohol in his/her body.
This policy applies to all external candidates and internal candidates who are being considered for a promotion.
All candidates for management positions who have been conditionally offered employment, shall be drug tested. All employment offer letters will contain a statement that employment is conditional upon passing a drug test.
ACKNOWLEDGEMENT AND APPLICANT CONSENT AND RELEASE OF LIABILITY
Consistent with the Doherty Enterprises Drug Free Workplace and Drug Testing Policy, I understand that I may be requested by the Company to submit to a screening test of illegal drugs and illegally used legal drugs, which includes the collection of a hair sample to determine the presence or use of drugs or controlled substances.
I hereby voluntarily consent to provide the Company with a hair sample for such purpose at laboratories designated by Doherty Enterprises I consent to having samples tested at the selected laboratories. Further, I certify that the specimen collected from me will be mine and will not be adulterated or altered in any manner. The tests will be used to detect the presence of the following substances, in addition to other substances for which Doherty Enterprises may be required to test for under Federal or State law: Opiates, Cocaine, Amphetamines, and Phencyclidine (PCP).
I understand that all screening tests for drugs will be subject to careful testing procedures with mandatory confirmation of any preliminary positive tests. I further understand that if my test indicated a confirmed positive for illegal drugs, I will not be considered for employment, or in the event I am an employee at the time of the test I may be subject to discipline including termination, in accordance with the Substance Abuse Policy. I will be given reasonable opportunity to explain confirmed positive test for substances other than illegal drugs. If I provide an unacceptable explanation, I will be denied employment.
I understand that I may request a copy of any tests taken, as part of the screening tests upon receipt of the results by the Director of Human Resources, Doherty Enterprises, from the laboratory.
I understand the results of these tests and other relevant medical information may be used for employment decisions. I hereby authorize the designated laboratory to release results to Doherty Enterprise's Director of Human Resources. I further agree to hold Doherty Enterprises, its agents, officers and employees harmless from, and waive all claims existing and future for any, and all liability (including negligence) arising in connection with the testing for drugs.
Type your Name:<br>JY
☑ Signature<br>By checking the box above you are applying your signature and you agree to this Applicant Statement.
</td>
</tr>
<tr>
<td>
Scroll down and read the Application Signature Statement.
After reading the Application Signature Statement:
<ul>
<li>type in your initials as your signature</li>
<li>check off the box that reads <u>Signature</u></li>
</ul>
If you do not agree with the Application Signature Statement, do not sign it and speak to your General Manager.
</td>
<td>
3. APPLICATION SIGNATURE
PLEASE READ CAREFULLY BEFORE SIGNING:
1. The information that I have provided on this application is accurate to the best of my knowledge and subject to validation by Doherty Enterprises.
2. I authorize the persons, schools, current employer (if approved by me in the Employment Experience section) and other organizations or employers named in this application to provide Doherty Enterprises. with any relevant information that may be required to arrive at an employment decision. I hereby release all persons contacted from all liability.
3. I certify, under penalty of perjury, that all of the above information is true and complete, and further understand that any falsification or omission of information, whether on this Application for Employment or on any other document submitted or communication made during the application and/or interview process, may result in denial of employment or hiring or termination by Doherty Enterprises. and forfeiture of all related benefits, regardless of the time lapse before discovery of the falsification or omission.
4. In the event of employment, I understand I am applying for employment which can be terminated at will by me or Doherty Enterprises. at any time and that nothing contained in any manual, brochure, or other Doherty Enterprises. materials shall constitute an implied contract of employment. I understand that I am required to abide by all company rules and regulations.
By my signature below, I affirm that I have read and understand this application, that I have not withheld any information requested, and that any statements I have made are true and correct. If I am accepted for employment, I understand and agree that such employment will be at-will and may be terminated by either party at any time with reason or no reason and with our without prior notice. I further understand and agree that this at-will employment status constitutes the entire understanding between me and the company regarding the right and ability of either party to terminate employment and that this at-will status cannot be changed except through a written understanding signed by the president of the Company.
Type your Name:<br>JY
☑ Signature<br>By checking the box above you are applying your signature and you agree to this Applicant Statement.
</td>
</tr>
</table>



58681801.1

| | |
|---|---|
| After all three signatures are completed, scroll to the bottom and click on Submit. | **3. APPLICATION SIGNATURE**<br><br>**PLEASE READ CAREFULLY BEFORE SIGNING:**<br><br>1. The information that I have provided on this application is accurate to the best of my knowledge and subject to validation by Doherty Enterprises.<br><br>2. I authorize the persons, schools, current employer (if approved by me in the Employment Experience section) and other organizations or employers named in this application to provide Doherty Enterprises. with any relevant information that may be required to arrive at an employment decision. I hereby release all persons contacted from all liability.<br><br>3. I certify, under penalty of perjury, that all of the above information is true and complete, and further understand that any falsification or omission of information, whether on this Application for Employment or on any other document submitted or communication made during the application and/or interview process, may result in denial of employment or hiring or termination by Doherty Enterprises. and forfeiture of all related benefits, regardless of the time lapse before discovery of the falsification or omission.<br><br>4. In the event of employment, I understand I am applying for employment which can be terminated at will by me or Doherty Enterprises. at any time and that nothing contained in any manual, brochure, or other Doherty Enterprises. materials shall constitute an implied contract of employment. I understand that I am required to abide by all company rules and regulations.<br><br>By my signature below, I affirm that I have read and understand this application, that I have not withheld any information requested, and that any statements I have made are true and correct. If I am accepted for employment, I understand and agree that such employment will be at-will and may be terminated by either party at any time with reason or no reason and with our without prior notice. I further understand and agree that this at-will employment status constitutes the entire understanding between me and the company regarding the right and ability of either party to terminate employment and that this at-will status cannot be changed except through a written understanding signed by the president of the Company.<br><br>Type your Name:<br>JY<br><br>☑ **Signature**<br>By checking the box above you are applying your signature and you agree to this Applicant Statement.<br><br>Save & Return Later Submit |
| Your application has been submitted!<br><br>You can see the confirmation in Green. | **Server**<br>US-NY<br>**ID** 2023-3153 **Category** Restaurant Team Member **Position Type** Regular Part-Time **Brand** Applebee's **Min** USD $0.00/Hr. **Max** USD $0.00/Hr.<br><br>Your application was submitted successfully. Thank you for applying.<br><br>You are currently submitted to this job.<br><br>**Position & Perks**<br>We are hiring outgoing, upbeat servers who can connect with our guests; meeting and even anticipating their needs to provide a one of a kind dining experience that keeps them coming back! |
| You will receive an email confirming your application was submitted.<br><br>If you don't see the email in your Inbox, check your Spam Folder. | **Doherty Enterprises @ icims** <dohertyinc+autoreply@talent.icims.com> Unsubscribe 3:01PM (1 minute ago)<br>to testicimsperson+713<br><br>Dear James,<br>Thank you very much for your recent application to Doherty Enterprises. Your resume will be reviewed by our recruiting staff, and we will contact you soon, should we feel that your background meets our current needs.<br><br>Thanks again.<br><br>Doherty Enterprises<br><br>*This is an automated email response. Please do not reply.* |

| RESPONDING TO THE CONVICTION QUESTION | |
|---|---|
| You will receive an email with the subject "Additional Information Required".<br><br>Please open the email. |  |
| To complete the Conviction Question, click on Click to Complete. |  |
| You will need to log back into iCIMS.<br><br>Type in the Username you created when you applied.<br><br>You login username is included in the email you received.<br><br>Click on Continue. |  |

| | |
|---|---|
| Type in the Password you created when you applied.<br><br>Click on Log In. |  |
| Please read the question carefully and thoroughly.<br><br>Select your answer.<br><br>If your answer is Yes, follow the instructions regarding other information that needs to be entered on the form. | <br>Associate<br>Panera Farmingdale<br>NY<br><br>Have you ever been convicted of a crime other than a minor traffic violation? You may answer No to this question only if your conviction(s) has been annulled or expunged from court records, or is sealed or juvenile record or you have been officially pardoned.(Note - in the state of New York, you are not required to disclose an arrest or criminal accusation that is not currently pending and which did not result in conviction; youthful offender adjudication; of sealed records of conviction)? ¿Alguna vezha sido condenado por un delito que no sea una infracción de tránsito menor? Muchos responden No a esta pregunta solo si su (s) condena (s) ha(n) sido anulada (s) o eliminada (s) de los registros judiciales, o estásellada o es un registro juvenil o si ha sido indultado oficialmente. (Nota: enel estado de Nueva York, no está obligado a divulgar un arresto o acusaciónpenal que no esté actualmente pendiente y que no haya resultado en condena,adjudicación del delincuente juvenil, registros sellados de la condena)<br><br>Select Yes or No<br>-Select-<br><br>If you answered "Yes", In the box below, please list the dates of each of your conviction(s) and briefly describe the circumstances of each conviction, indicating the date, nature, place of the offense, disposition of the case and in what court. A conviction may bar you from employment under the state and/or local laws which govern this location. This will be looked upon as one of the factors considered in the employment decision and is evaluated in terms of the nature, severity, and the date of the offense.<br><br>En el cuadro a continuación, enumere las fechas de cada uno de sus condenas y describa brevemente las circunstancias de cada condena, indicando la fecha, naturaleza, lugar de la ofensa, disposición del caso y en qué tribunal. Una condena puede prohibirle el empleo según las leyes estatales y / o locales que rigen esta ubicación. Esto se considerará como uno de los factores considerados en la decisión de empleo y se evalúa en términos de la naturaleza, la gravedad y la fecha de la infracción. |

| | |
|---|---|
| After the question has been answered and all information has been entered, click on <u>Submit</u>. | Select Yes or No<br>No<br><br>If you answered "Yes", In the box below, please list the dates of each of your conviction(s) and briefly describe the circumstances of each conviction, indicating the date, nature, place of the offense, disposition of the case and in what court. A conviction may bar you from employment under the state and/or local laws which govern this location. This will be looked upon as one of the factors considered in the employment decision and is evaluated in terms of the nature, severity, and the date of the offense.<br><br>En el cuadro a continuación, enumere las fechas de cada uno de sus condenas y describa brevemente las circunstancias de cada condena, indicando la fecha, naturaleza, lugar de la ofensa, disposición del caso y en qué tribunal. Una condena puede prohibirle el empleo según las leyes estatales y / o locales que rigen esta ubicación. Esto se considerará como uno de los factores considerados en la decisión de empleo y se evalúa en términos de la naturaleza, la gravedad y la fecha de la infracción.<br><br>Signature<br>(checking the checkbox above is equivalent to a handwritten signature)<br><br>Save & Return Later Submit<br>Application FAQs |
| You have completed the Conviction Question.<br><br>If you answered Yes, you will receive further instructions via email regarding the next steps. | Your responses have been successfully saved into our system. Thank you!<br><br>Application FAQs<br>Software Powered by iCIMS<br>www.icims.com |

<table>
<tr><th colspan="2">COMPLETING THE NEW HIRE PAPERWORK</th></tr>
<tr><td>You will receive an email with the subject Welcome to Doherty!<br><br>It is highly possible this will go to your Spam or Junk Folder – be sure to check!</td><td>Welcome to Doherty! 3 Welcome! -</td></tr>
<tr><td>After carefully and thoroughly reading the email, click on the link to begin.</td><td>Welcome to Doherty! careers@dohertyinc.com via ultipro.com<br>to testicimsperson+363, stephanie.tandoi<br>Spanish > English Translate message<br><br>Hello Jake,<br><br>Welcome and Congratulations on your new position with Doherty Enterprises.<br><br>We are excited that you have decided to join our team. The next step in your journey is to provide us with some additional information about yourself.<br><br>The link below will take you to the Login Page.<br><br>DO NOT login with the password you used when you completed your application.<br><br>Your email address is the same as you used when you completed your application. But, you need to create a new password.<br><br>When you are on the Login Page, click on Create/Reset your password and follow the instructions to create your new password.<br><br>Please follow the link below to get started.<br><br>https://onboarding.ultipro.com/DOH1000DOHGP<br><br>NOTE: Do not reply to this email. The mailbox is not monitored. If you have any questions, please contact the restaurant or your Manager.<br><br>________________________________________<br><br>Bienvenido y felicitaciones por su nuevo puesto en Doherty Enterprises.<br><br>Nos complace que haya decidido unirse a nuestro equipo. El siguiente paso en su viaje es brindarnos información adicional sobre usted.<br><br>El enlace a continuación lo llevará a la página de inicio de sesión.<br><br>NO inicie sesión con la contraseña que utilizó cuando completó su solicitud.<br><br>Su dirección de correo electrónico es la misma que utilizó cuando completó su solicitud. Pero necesitas crear una nueva contraseña.<br><br>Cuando estás en la página de inicio de session, Haga clic en Crear / Restablecer su contraseña (Create/Reset your password) y siga las instrucciones para crear su nueva contraseña.<br><br>Siga el enlace a continuación para comenzar.<br><br>https://onboarding.ultipro.com/DOH1000DOHGP<br><br>NOTA: No responda a este correo electrónico. El buzón no está supervisado. Si tiene alguna pregunta, comuníquese con el restaurante o con su gerente.</td></tr>
</table>

| | |
|---|---|
| **STOP!**<br>Do not try to log in with the Email Address and Password you used when you applied.<br><br>To get started with the new hire paperwork, click on Create/Reset your password. |  |
| Now, type in the email address you used when you applied.<br><br>Click on Get my code.<br><br>**Note**: There can be no duplicate email addresses. Every new hire must have their own unique email address |  |
| You are directed to check your email for the code.<br><br>Do not close out of the page.<br><br>Open your email in a different page. |  |



58681801.1

| | |
|---|---|
| You will find and email from UKG Notifications that contains your code.<br><br>It is possible this will go to your Spam or Junk Folder – be sure to check! |  |
| Type in the code and click <u>Next</u>. |  |
| Create a password.<br><br>Re-enter the password.<br><br>Be sure to write this password down! You will need it if you need to log back in.<br><br>Click on <u>Create password</u>. |  |



58681801.1

| | |
|---|---|
| Click on Return to sign in. |  |
| Enter your email address and the password you just created.<br><br>Click on Sign in. |  |
| Your dashboard lists out the steps you need to complete:<br><br>1. Personal information<br>2. Employment Eligibility<br>3. Pay & Taxes<br>4. Policies & Documents<br>5. Review & Submit |  |

<table>
<tr>
<td>The new hire clicks on <u>Get Started</u>.</td>
<td>
</td>
</tr>
<tr>
<td>Confirm your name information is correct.</td>
<td>
</td>
</tr>
<tr>
<td>Confirm your address information is correct.</td>
<td>
</td>
</tr>
</table>

Note: You *cannot* change your email address.

Enter a Primary Phone. You can also enter a Secondary Phone if you have one.

Click on Save & Continue.




Enter your Emergency Contact person's name and relationship.




If the Emergency Contact *does not* live at the same address as you, uncheck the "Same address as you" box to enter a different address.






58681801.1

Email Address is not required for an Emergency Contact.

Enter the Emergency Contact's Phone Number and Phone Type.

Click on Save & Continue.




Enter your SSN.

Enter your Date of Birth.




Select your Gender and Ethnic Origin.

Note – you can also choose "I decline to say".

Click on Save & Continue.



Select a response about your protected veteran status.

Note – you can also choose "I decline to say".

Click on <u>Save & Continue</u>.




*Personal Information* is done.

Click on <u>Continue</u>.




Read the Electronic Signature statement.

Click on <u>I agree</u>.






58681801.1

| | |
|---|---|
| Indicate if someone will be helping them with Form I-9.<br><br>Click on <u>Save & Continue</u>. | <br>Form I-9 Assistance<br>You must complete Section 1 of Form I-9 in order to document your identity and employment authorization in the United States.<br>A Preparer or Translator may assist you with this form if:<br>• You need the instructions or responses translated from U.S. English<br>• Someone other than you (such as a parent or legal guardian) fills out Section 1<br>• You need additional assistance because of a disability<br>Do you require assistance?<br>NO - I will complete Section 1 myself.<br>YES - I require assistance and my Preparer(s) and/or Translator(s) are present and available at this time.<br>Save & Continue Go Back |
| If you would like to read detailed instructions for completing this form, click on <u>instructions</u>. | <br>Employment Eligibility Verification<br>Department of Homeland Security<br>U.S. Citizenship and Immigration Services<br>USCIS<br>Form I-9<br>OMB No. 1615-0047<br>Expires 08/31/2019<br>Start Here<br>Read instructions carefully before completing this form. The instructions must be available, either in paper or electronically, during completion of this form. Employers are liable for errors in the completion of this form.<br>Anti-discrimination Notice<br>It is illegal to discriminate against work-authorized individuals. Employers **CANNOT** specify which document(s) an employee may present to establish employment authorization and identity. The refusal to hire or continue to employ an individual because the documentation presented has a future expiration date may also constitute illegal discrimination.<br>Section 1. Employee Information and Attestation<br>*Employees must complete and sign Section 1 of Form I-9 no later than the **first day of employment**, but not before accepting a job offer.*<br>* Last Name (Family Name) * First Name (Given Name) Middle Initial |

| | |
|---|---|
| Enter all of the required information for Section 1.<br><br>Note: U.S. Social Security Number, E-mail Address, and Telephone Number are **NOT** required. | **Section 1. Employee Information and Attestation**<br>*Employees must complete and sign Section 1 of Form I-9 no later than the* ***first day of employment****, but not before accepting a job offer.*<br>* Last Name *(Family Name)*: Cims<br>* First Name *(Given Name)*: Christine<br>Middle Initial: [ ] ☑ N/A<br>Other Last Names Used *(if any)*: [ ] ☑ N/A<br>* Address *(Street Number and Name)*: 127 Main Street<br>Apt. Number: 127 ☐ N/A<br>* City or Town: Long Island City<br>* State: New York<br>* Zip Code: 11101<br>* Date of Birth *(mm/dd/yyyy)*: 01/01/1970<br>U.S. Social Security Number: ••• – •• – 0002<br>E-mail Address: jimr032070+9@gmail.com ☐ N/A<br>Telephone Number: 7189562756 ☐ N/A |

| | |
|---|---|
| Attest to your correct status.<br><br>If you are not a citizen, enter the other required information. | <br>I am aware that federal law provides for imprisonment and/or fines for false statements or use of false documents in connection with the completion of this form.<br>* I attest, under penalty of perjury, that I am:<br>1. A citizen of the United States<br>2. A noncitizen national of the United States (See instructions)<br>3. A lawful permanent resident<br>Alien Registration Number<br>USCIS Number<br>4. An Alien authorized to work<br>Expiration date, if applicable<br>N/A (See instructions)<br>For aliens authorized to work, provide your:<br>Alien Registration Number/USCIS Number<br>Alien Registration Number<br>USCIS Number<br>OR<br>Form I-94 Admission Number<br>OR<br>Foreign Passport Number |



58681801.1

Click on Save & Continue.




You can preview the form by clicking on Preview.

If you need to make any changes, click on Make changes.



| | |
|---|---|
| When all information is correct, check off the confirmation.<br><br>Click on <u>Sign</u>. |  |
| Click on <u>Continue</u>. |  |
| *Employment Eligibility* is done.<br><br>Click on <u>Continue</u>. |  |

<table>
<tr>
<td>If you want to add a direct deposit account, click on <u>Add Account</u>.<br><br>If you do not want to add a direct deposit account, click on the decline statement.<br><br>Click on <u>Save & Continue</u>.</td>
<td>
</td>
</tr>
<tr>
<td>Enter the information for your Form W4.<br><br>Click on <u>Save & Continue</u>.</td>
<td>
</td>
</tr>
<tr>
<td>Enter information for your State-specific tax forms.<br><br>Click on <u>Save & Continue</u>.</td>
<td>
</td>
</tr>
</table>

<table>
<tr><td>Check the Certification box.<br><br>Click on <u>Sign</u>.</td><td>
</td></tr>
<tr><td>Click on <u>Save & Continue</u>.</td><td>
</td></tr>
<tr><td>Pay & Taxes is done.<br><br>Click on <u>Continue</u>.</td><td>
</td></tr>
</table>

<table>
<tr>
<td>You will now review and sign a few policy documents.<br><br>For each document, click on <u>View & Sign</u>.</td>
<td>
</td>
</tr>
<tr>
<td>After all documents have been reviewed, signed/acknowledged, click on <u>Continue</u>.</td>
<td>
</td>
</tr>
<tr>
<td>Policies & Documents is done.<br><br>Click on Continue.</td>
<td>
</td>
</tr>
</table>

Review the accuracy of the information you entered.

If you need to make changes, click on <u>Make Changes</u> for any section.




When all information is correct, click on <u>Submit All</u>.




Your paperwork is done!






58681801.1