# EXHIBIT B

# Doherty Enterprises
# Application, Hiring and Orientation Meeting

<u>**Date & Times for you location:**</u>

**Registration and Onboarding** (90 minutes)

- Everyone must clock in and out on provided Clock in and out Sheets.
- Those who did nothing at all (not even an Application) will go to the "Application" Area
- Those who applied online but did not complete their online paperwork in advance will go to the "New Hire Paperwork" Area, then once complete, go to the "Orientation Step" Area
- Those who completed their online paperwork in advance will go to the "Orientation Step / WOTC" Area

**Welcome** (10 minutes)

- Watch Doherty Recruiting Video
- WELCOME TO DOHERTY!
- Overview of Today's Agenda
    - *Review and complete on boarding – which is done!*
    - *Review Working together guidelines, PCI Compliance and OSHA*
    - *WOW Culture!*
    - *Break*
    - *Sexual Harassment*
    - *RSOA*
    - *Other Perks*
    - *Document Acknowledgement / Policy Sign-Offs*
    - *Benefit Enrollment*

**Working Together Guidelines, PCI Compliance & OSHA** (90 minutes)

- Review Doherty handbook
- Review PCI Compliance
- Review OSHA Information Module
- Q & A

**WOW Culture!** (10 minutes)

- Culture Club (WOW Ambassadors, Living the WOW Quarterly winners, Quarterly Employee Engagement Campaigns, Birthdays & Anniversaries), Wow Street Journal, WOWvations, Week of WOW, WOW announcements for promotions or accomplishments, Outings, Awards Dinner & Service Awards

**BREAK** (10 minutes depending on timing)

**Sexual Harassment** (15 minutes)

- Watch Video
- Q & A

**RSOA/SABR** (15 minutes)

- Watch Video
- Q & A

**Other Perks –** (15 minutes)

- 401 K match/Non Qual Information – explain they sign up online when applicable
- WOW! A Friend
- Corp America Family Credit Union
- Voluntary Insurance Benefits for Managers & Above:
  - Accident
  - Critical Illness
  - Hospital Indemnity
- Discounts:
  - Meal discounts at our concepts
  - 24 Hour Fitness
  - Crunch Fitness
  - Dine Offers & Working Advantage (discount tickets, experiences, rentals, etc)
  - Learning Experience Coupon
  - Liberty Mutual
  - Sketchers
  - Zappos
  - Verizon Discount
- Q & A

**Document Acknowledgement, Policy Sign Off and WOW! A Friend** (20 minutes)

- Demonstration of Logging in for the 1st Time and creating a password
- All Docs acknowledged and WOW! A Friend completed

**15 minute Break for People in Group "B"**

**Benefits**
**TBD**