# EXHIBIT C

## Efua Benn - 155399 - Apple Food Service of New York LLC

# Document Acknowledgment

| Title | Category | Status | Status Date |
|---|---|---|---|
| "Working Together" Handbook & Applebee's Appendix - Rev 2.15.2023 | Document Acknowledgements | Accepted | 01/11/2024 4:04 PM |
| “Working Together” Handbook & Applebee’s Appendix – Rev. 7.2.24 | Document Acknowledgements | Unacknowledged | |
| Applebee's- Uniform Receipt | Document Acknowledgements | Accepted | 01/11/2024 4:05 PM |
| BLAST Module for Orientation - effective for all new hires beginning 9.19.2018 | Document Acknowledgements | Accepted | 01/11/2024 4:05 PM |
| Current Minimum Wage Table Effective 1.1.2024 (All States) | Document Acknowledgements | Accepted | 01/11/2024 4:06 PM |
| Direct Deposit Acknowledgement | Document Acknowledgements | Accepted | 01/11/2024 4:06 PM |
| Guest Readiness Policy For Tipped Employees - Updated 12.2021 | Document Acknowledgements | Accepted | 01/11/2024 4:06 PM |
| Mandatory Dollar Drink Promotion Restrictions | Document Acknowledgements | Accepted | 01/11/2024 4:07 PM |
| Media Waiver and Release | Document Acknowledgements | Accepted | 01/11/2024 4:07 PM |
| NY Law Prohibiting Discrimination Reproductive Decisions-Employee Notice of Rights | Document Acknowledgements | Accepted | 01/11/2024 4:07 PM |
| NY PAID SICK LEAVE LAW-Employee Notice of Rights | Document Acknowledgements | Accepted | 01/11/2024 4:08 PM |
| OSHA and Fire Safety Module | Document Acknowledgements | Accepted | 01/11/2024 4:08 PM |
| PCI Compliance & Information Security | Document Acknowledgements | Accepted | 01/11/2024 4:09 PM |
| RSOA VIDEOS | Document Acknowledgements | Accepted | 01/11/2024 4:09 PM |
| Title: Mandatory Arbitration Agreement 12.2019 | Document Acknowledgements | Accepted | 01/11/2024 4:09 PM |
| WOTC.updated.10.14.20 | Document Acknowledgements | Accepted | 01/11/2024 4:02 PM |

Records per page 50 Displaying **all** records 1 / 1