# EXHIBIT D

1/11/24 3PM SESSION FINAL COPY * use this one *

BUBACARR KOITEH - 2:01 5:45 X

| Name | Restaurant | Position | Sign in | Sign Out | SIGNATURE |
|---|---|---|---|---|---|
| Golam Hossain | 42nd Street | RA | 2:01 | 6:00 | [signature] |
| Issa, Amadou | 42nd Street | GU | came in the | AM | |
| Nivelo, blanca ✓ | 42nd Street | line cook | 2:59 | 5:45 | x Blanca Nivelo |
| Nivelo, liliana | 42nd Street | line cook | 3:06 | 5:45 | x Liliana Nivelo |
| sall, khassoum | 42nd Street | line cook | 3:00 | 5:45 | Khassoum Sall |
| Sall,Omar Buone | 42nd Street | Gu | 2:45 5:16 | 6:05 | X [signature] |
| Seck, Ibrahima | 42nd Street | GU | 2:19 | 5:45 | X Seck |
| Thiam,Babacar | 42nd Street | line cook | 2:52 | 6:10 | X [signature] |
| Trawally, bakary | 42nd Street | line cook | came in the | AM | |
| Karina Suxo | Astoria | Server | 2:57 | 5:50 | X [signature] |
| Melanny Garciarubio | Astoria | Server | | | |
| Luisa Zapata | Astoria | Server | 3:00 | 5:45 | x [signature] |
| Ahmane Floyd | Atlantic Terminal | Line Cook | | | |
| Alijah Johnson | Atlantic Terminal | Bartender/ Server | 3:00 | 5:45 | x [signature] |
| Anderlianna Augustin | Atlantic Terminal | Server | 3:00 | 5:45 | X [signature] |
| ~~David Cooper~~ Terminated | Atlantic Terminal | Line Cook | term | | |
| Errol Elder | Atlantic Terminal | Gu/ Restaurant Assistant | 3:46 | 6:10 | X Errol Elder |
| Gialianys Ferreira | Atlantic Terminal | Server | 3:00 | 6:05 | X [signature] |
| Jazmine Rason | Atlantic Terminal | Server/Host | 3:41 | 5:45 | X [signature] |
| Leon Rodney ✓ | Atlantic Terminal | Manager | 2:45 | | |
| Lex taylor | Atlantic Terminal | Host | 2:35 | 6:05 | X Lex Taylor |
| Luz Pizarro | Atlantic Terminal | Prep | 2:45 | 6:10 | X [signature] |
| Rozelyn Murray ✓ | Atlantic Terminal | Host | 2:40 | 6:00 | X RMurray |
| Taina Francis ✓ | Atlantic Terminal | Bartender/ Server | 3:07 | 6:05 | X Taina F. |
| adrian mullings | Bed Sty | manager | 3:00 | | |
| javaughn williams ✓ | Bed Sty | bartender | 2:02 | 6:10 | X [signature] |
| ~~janielle paul~~ term | ~~Bed Sty~~ | cook | term | | |
| ~~kindaice williams~~ | Bed Sty | carside | did not return to work | | |
| kristina thompson | Bed Sty | host | 2:03 | 6:10 | X Kristina Thompson |
| sharmara levy | Bed Sty | server | not coming today | | |
| simeon smith | Bed Sty | gu | 3:08 | 6:10 | X Simeon Smith |
| tiera summers | Bed Sty | server | 2:03 | 6:10 | X [signature] |
| Dayquen Monk | Fordham | | 3:30 | 6:00 | X [signature] |

| | | | | | |
|---|---|---|---|---|---|
| wendeliz lopez ✓ | Bed Sty | server | 2:02 | 6:10 | X wendeliz |
| Adrianna Cruz ✓ | Braodway | line cook | 2:26 | 6:00 | X [illegible] |
| Abu Sayed ✓ | Broadway | Restaurant Assistant | 3:06 | 6:10 | X [illegible] |
| Amara Sallou ✓ | Broadway | Gu | 2:37 | 5:56 | [illegible] |
| Aristomeni Mihalatos | Broadway | Bartender/ Server | 2:54 | 5:50 | [illegible] |
| Baye Mor Niang ✓ | Broadway | Gu/ Restaurant Assistant | 2:39 | 6:10 | X [illegible] |
| Carla Hernandez | Broadway | Line cook | 2:19 | 6:10 | X [illegible] |
| Cassandra Woods | Broadway | Server | | | |
| Cintya G Villa Dominguez ✓ | Broadway | Line cook | 2:47 | 6:10 | X [illegible] |
| Dane Rooney | Broadway | Server | 3:40 | 6:07 | X [illegible] |
| Edwin Gongora ✓ | Broadway | Server | 2:59 | 6:00 | X [illegible] |
| Efua Ben ✓ | Broadway | Server | 3:07 | 5:50 | X [illegible] |
| Eriberto Ramos | Broadway | Server | 2:59 | 5:45 | X [illegible] |
| Eric Adam | Broadway | Server | 3:04 | 5:45 | [illegible] |
| Glennis Javier ✓ | Broadway | Bartender/ Server | 2:57 | 5:45 | X [illegible] |
| Jamsadul Alam ✓ | Broadway | Server | 3:06 | 6:10 | X [illegible] |
| Karen Barrionuevo ✓ | Broadway | server | 4:33 | 5:52 | [illegible] |
| Kutubo Tunkara | Broadway | GU | | | |
| Mamadou Toure ✓ | Broadway | Line cook | 2:37 | 6:00 | X [illegible] |
| Marc Diaz ✓ | Broadway | Server | 2:57 | 5:58 | X [illegible] |
| Miami Rahaman ✓ | Broadway | Server/Bartender | 3:30 | 6:00 | X [illegible] |
| Miguel Jimenez | Broadway | GU | 2:55 | 6:00 | X [illegible] |
| Pamela king ✓ | Broadway | Server | 2:54 | 5:50 | X [illegible] |
| Qualeil Miller | Broadway | Server | 3:14 | 5:50 | X [illegible] |
| Rahman Nahidur | Broadway | Server | 3:14 | 5:44 | X [illegible] |
| Riley Hansen ✓ | Broadway | Server | 2:56 | | |
| Ryan Alexander | Broadway | Server | | | |
| Shahzad Haya | Broadway | Host | 3:00 | 6:00 | X [illegible] |
| Vanessa Xiloj Tania | Broadway | Line cook | 3:13 | 6:00 | X [illegible] |
| Wilma Yugcha Casilas | Broadway | Line cook | 2:26 | 6:00 | X [illegible] |
| ~~Amanda Savitree Ganesh~~ | Fordham | Host | termed | | |
| Chandrani Ganesh ✓ | Fordham | Prep | 2:01 | 6:00 | X CG |
| Dayquan Monk | Fordham | line cook | 3:58 | | |
| Diallo Thiam | Fordham | Fry Cook | 3:30 | 6:03 | [illegible] |

| | | | | | |
|---|---|---|---|---|---|
| Eiliana Martinez | Fordham | bartender | | | |
| Ibrahima ouedraogo | Fordham | RA | 2:26 | 6:04 | [illegible] |
| Jason Bellony | Fordham | line cook | | | |
| Jeminy Irizarry | Fordham | Host | 2:25 | 6:06 | x Jeminy Irizarry |
| Jenna Angelica Hasan | Fordham | Host | 2:27 | 6:03 | [illegible] |
| Jessica Colon | Fordham | Manager | 2:15 | | |
| Jiminy Irizarry | Fordham | Host | | | |
| Kimberlyn Mateo | Fordham | Carside | 3:30 | 5:45 | x Kimberlyn M. |
| Lissett Rodrarias | Fordham | RA | | | |
| Madoune Fall | fordham | GU | 2:03 | 5:50 | X MADOUNE FALL |
| Milagros Robles | Fordham | Host | 2:30 | 5:45 | x Milagros R |
| Mouhamed Mbow | Fordham | server | 2:20 | 6:02 | [illegible] |
| Natacha Uvinas De Lara | Fordham | Server/Bartender | 2:01 | 5:52 | [illegible] |
| Oscar Avarez | Fordham | line cook | | | |
| Rey Reyes | Fordham | carside | | | |
| Richard Brown | Fordham | manager | 2:36 | | [illegible] |
| Rogelio Vivar | Fordham | line Cook | 2:43 | 6:07 | [illegible] |
| Seedy Drammah | Fordham | line cook | 2:09 | 5:50 | X S Drammeh |
| Sette Sall | Fordham | line cook | | | |
| Anamarie Rosa | Fresh Meadows | host | 2:17 | 6:08 | [illegible] |
| George Rosario | Fresh Meadows | Carside | 2:49 | 6:11 | George Rosario |
| Jayson Jaya | Fresh Meadows | Line | 3:12 | 6:06 | [illegible] |
| Lesly Esmeralda Lopez | Fresh Meadows | Line | 2:39 | 6:00 | X [illegible] |
| Maria Aguilar | Fresh Meadows | Prep | 3:10 | 6:06 | x Maria Aguilar |
| Sofia Kokiasmenos | Fresh Meadows | host | 3:04 | 3:36 | coming back tomorrow |
| Christian ALCALA | Outerbridge | SERVER | 3:04 | | |
| DEREK LENTINE | Outerbridge | LINE COOK | 2:26 | 5:45 | X [illegible] |
| MELODY LEON | Outerbridge | SERVER | 2:48 | 5:50 | X [illegible] |
| MICHAEL DOBBS | Outerbridge | HOST | 2:27 | 5:45 | X [illegible] |
| Bianca Mateo | Pizza Studio | Supervisor | 2:05 | 6:02 | [illegible] |
| Brianna Guzman | Pizza Studio | Supervisor/Cashier | 2:43 | 6:01 | B Guzman |
| Leilani Hider | Pizza Studio | Cashier | | | |
| Adelso Gomez | Queens Center | line cook | 2:10 | 5:59 | [illegible] |
| Alex Yanza | Queens Center | line cook | 3:58 | 6PM | Alex Yanza |

| | | | | | |
|---|---|---|---|---|---|
| Dajon Arrindell | Queens Center | server | 2:54 | 5:53 | [signature] |
| Laura Gomez | Queens Center | RA | 2:38 | 5:59 | [signature] |
| MariaYanza | Queens Center | line cook | 2:38 | 6:00 | [signature] |
| Natali Coro | Queens Center | line cook | 3:00 | 6:05 | [signature] |
| Rocio Coro | Queens Center | line cook | 2:52 | 6:05 | [signature] |
| Shameed Duria | Queens Center | server | 2:45 | 6:10 | [signature] |
| Carlos Diaz | Riverdale | Cook | 2:49 | 5:53 | [signature] |
| Chaqual Burnette | Riverdale | Bartender | 2:00 | 5:45 | [signature] |
| Christian Valles | Riverdale | RA | 2:00 | 5:52 | C. Christian Valle |
| Edward Bryant | Riverdale | RA | 2:27 | 5:45 | [signature] |
| Felix Acosta | Riverdale | GU | 2:50 | 5:53 | [signature] |
| Garfield Baker | Riverdale | Cook | 3:30 | 5:58 | [signature] |
| Jahiem White | Riverdale | Cook | 2:47 | 5:45 | [signature] |
| Jaritzas Santana | Riverdale | Server | 2:28 | 5:05 | [signature] |
| ~~Nelson Tejeda~~ | Riverdale | RA | term | | |
| Oumu Bah | Riverdale | Server | 2:45 | 5:52 | [signature] |
| Stephanie Maldonado | Riverdale | Host | 2:05 | 5:53 | [signature] |
| Azaria Antoine | Sheepshead Bay | Bartender | | | |
| Carlos Merchan | Sheepshead Bay | Line cook | 2:50 | 6:09 | [signature] |
| Danique Andrade | Sheepshead Bay | server | 2:57 | 5:51 | [signature] |
| Dilek Gas | Sheepshead Bay | server | 3:00 | 6:09 | [signature] |
| Luzmila Espinoza | Sheepshead Bay | Prep | | 6:09 | LUZMILA ESPINOZA |
| Nia Dufour | Sheepshead Bay | server | 2:45 | 5:50 | [signature] |
| Nidanur Aydiner | Sheepshead Bay | server | 2:46 | 6:09 | [signature] |
| Rebecca Charmelus | Sheepshead Bay | server | 3:07 | 5:46 | [signature] |
| Diana Quiroga Aguilar | Staten Island Mall | Line Cook | 2:55 | 5:58 | [signature] |
| Della Torri, Nicholas | The Boulevard | bartender | 2:31 | 5:55 | [signature] |
| Angelica Betances | The Boulevard | carside | | | |
| Brianna Lindsay | The Boulevard | server | | | |
| Eugenio Lipa | The Boulevard | line | 2:14 | 5:57 | [signature] |
| Gerardo Lipa | The Boulevard | line | 2:14 | 5:53 | [signature] |
| Janet Gore | The Boulevard | Server | | | |
| Janie McGrier Boyd | The Boulevard | line cook | | | |
| Jennifer McMahon | The Boulevard | manager | | | |

| | | | | | |
|---|---|---|---|---|---|
| Josahany Perez ✓ ✓ | The Boulevard | server | 2:35 | 5:55 | [signature] |
| Leila Balzano | The Boulevard | server | | | |
| Lisa Esposito | The Boulevard | server | | | |
| Mary Ukhueleigbe | The Boulevard | expo | | | |
| Sophia Bosco | The Boulevard | server | | | |
| Timothy Willis | The Boulevard | RA | | | |
| Amira Haughton | Triangle | Carside | | | |
| Ashante Stackhouse ✓ | Triangle | Host | 3:10 | 3:50 | [signature] |
| Chandar Charles ✓ | Triangle | Line Cook | 3:08 | 5:44 | C Charles |
| Ciara Khan ✓ | Triangle | Host | 3:10 | 5:51 | [signature] |
| Ezma Samuel | Triangle | Manager | 3:00 | | |
| Janil Alfred ✓ | Triangle | Carside/Line Cook | 3:00 | 5:47 | J Alfred |
| Jeidy Acente-Samble ✓ | Triangle | Carside | 3:00 | 5:50 | [signature] |
| Keshawn Lewis ✓ ✓ | Triangle | Server | 3:01 | 5:47 | K Lewis |
| Kimberly Brutus ✓ | Triangle | Bartender/Server | 2:53 | 5:46 | [signature] |
| Kyla Kelly ✓ | Triangle | Server | 3:00 | 5:49 | [signature] |
| Marc Mompremier ✓ | Triangle | GU | 3:12 | 5:52 | [signature] |
| Mizan Donatien | Triangle | Server | 3:00 | 5:49 | [signature] |
| Norman Campbell ✓ | Triangle | Server | 3:07 | 5:50 | [signature] |
| Nyame Savage ✓ | Triangle | line Cook | 3:09 | 5:51 | [signature] |
| Qu'lyah Murphy ✓ | Triangle | line Cook | 3:09 | 5:48 | [signature] |
| Shievanno Forsythe ✓ | Triangle | Bartender/Server | 3:08 | 5:45 | [signature] |
| CLOSED | | | | | |
| Do not add anymore people | | | | | |
| | | | | | |
| KIana Mae becton | Gateway | server | 2:01 | 5:45 | [signature] |
| Fidel Alcane Guzman | Broadway | Manager | 3:01 | | |
| Haya Shahzad | Broadway | Host | 3:03 | | |
| Judy Dragon | Gateway | Server | 2:00 | 6:11 | [signature] |
| Alberto Navarro | Queens Center | | 2:04 | 5:59 | Alberto |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |